# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON and DEMARQUION
MERRILL, as Co-Personal Representatives
of the Estate of BOBBY MERRILL, deceased,

        Plaintiff,        NO: 13-11159

vs.        JUDGE LUDINGTON

OFFICER JEFF MADAJ, individually,
OFFICER JUSTIN SEVERS, individually,
OFFICER BRIAN GUEST, individually, and
OFFICER STEVEN WIETECHA, individually,

        Defendants.
_____/

        The Deposition of GABRIEL CHICKO SALAZAR, taken before me, Daniel E. Ripka, CSR-2367, Notary Public, on Friday, July 25, 2014, at the offices of Ripka, Boroski & Associates, LLC, One Tuscola Street, Suite 301, Saginaw, Michigan, commencing at or about 3:23 P.M.

APPEARANCES:

    FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, P.C.
    BY:  GARY N. FELTY, JR., ESQ.  (P55554)
    19390 West Ten Mile Road
    Southfield, Michigan  48075
    (248) 355-5555
    g.felty@fiegerlaw.com

        Appearing on Behalf of Plaintiffs.

Page 2

1  APPEARANCES, CONTINUED:
2  PLUNKETT COONEY
   BY: H. WILLIAM REISING, ESQ. (P19343)
3  111 East Court Street, Suite 1B
   Flint, Michigan  48502
4  (810) 342-7001
   wreising@plunkettcooney.com
5
        Appearing on Behalf of Defendants.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           INDEX
2  WITNESS: GABRIEL CHICKO SALAZAR        PAGE
3  Examination by Mr. Felty        4
4  Examination by Mr. Reising      55
5        *  *  *  *  *
6       INDEX OF EXHIBITS
7  EXHIBIT                   PAGE
8  No Exhibits Marked
9        *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1               Friday, July 25, 2014
2               Saginaw, Michigan
3               3:23 P.M.
4           GABRIEL CHICKO SALAZAR,
5   a witness herein was called for examination, and after
6   having been sworn was examined and testified on his
7   oath as follows:
8               EXAMINATION
9   BY MR. FELTY:
10  Q.  Would you state your full legal name?
11  A.  My name is Gabriel Chicko Salazar.
12  Q.  And Chicko is C-H-I-C-K-O?
13  A.  Correct.
14  Q.  I have an address of 3106 Grant Street in Saginaw?
15  A.  No.
16  Q.  Okay.
17  A.  It's 3117 Grant Street.
18  Q.  3117 Grant?
19          Have you ever sat at a deposition before?
20  A.  Don't know the question to answer.
21  Q.  Have you ever sat at a deposition before, a proceeding
22      like this?
23  A.  No.
24  Q.  All right.  You can see off to your right we have a court
25      reporter that is taking down every question I ask and

Page 5

1   every statement that you give.
2   A.  Okay.
3   Q.  This isn't like normal conversation, we have to make sure
4       that my question and your answer is written down, so there
5       may be times where you anticipate what I'm going to ask
6       you.  Try to wait until I'm done so that --
7   A.  I understand.
8   Q.  -- so that he can get everything down.
9   A.  I understand completely.
10  Q.  If I ask you a yes or no question, try to stick to yes or
11      no as opposed to nods of the head or uh-huh or hmp-hm --
12  A.  Okay.
13  Q.  -- because those don't transcribe.
14  A.  Okay.
15  Q.  At times I may remind you if you do something like that.
16      I'm not trying to be disrespectful, just trying to make a
17      clean record.
18  A.  Yeah, I see what you're saying.  I understand completely
19      what you're saying.
20  Q.  If you don't understand a question that I ask you, let me
21      know and I'll try to rephrase it.
22  A.  Okay.
23  Q.  We are here regarding an incident involving Bobby Merrill
24      and some Saginaw police officers on April 10th of 2012.
25      It's my understanding that you observed some or all of the

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 6

1 incident involving Mr. Merrill and the Saginaw Police
2 Department. Is that true?
3 A. True.
4 Q. Did you know Mr. Merrill?
5 A. No. I didn't know him, not really.
6    You know, what I'm saying not really, it's where
7 I know him around the neighborhood, seeing his face a
8 couple times.
9    You know, I know his kinfolk, you know, his
10 relatives, you know, around the neighborhood very good.
11   So, I mean, other than really good, more like I
12 grew up knowing the neighborhood, really. I've been there
13 for 30 some odd years, so I got to know the neighborhood
14 pretty good.
15 Q. Did you know his name on April 10th of 2012?
16 A. No, I didn't know his name was actually Bobby. We just
17 know him by BJ.
18 Q. So you did have some knowledge of who he was?
19 A. Yes.
20 Q. But you were not friends?
21 A. No.
22 Q. Do you remember when you first saw him on Tuesday,
23 April 10th of 2012?
24 A. Yes. In a party store. It was -- He was there earlier
25 prior to when I was driving by picking up my girl from

Page 7

1 3256 Bundy Street.
2    And I drove up from Youmans off to South
3 Washington, seen him coming down ways from South
4 Washington towards Gilmore Street.
5    As he was trying to cross Gilmore Street a truck
6 approached him. While he was trying to cross the street
7 as, like I said, basically he was next to the truck very
8 close.
9    And the truck, the red truck stopped and
10 cautiously didn't know what he was going to plan to do,
11 you know, either jump in front of the truck or wait for
12 him to pass through so he can come from the back side of
13 the truck to cross the street.
14   But the truck stopped and made a bad remark to
15 him, which called him the N word.
16   Which BJ outbursted and said, you know, "You
17 want some of this?"
18   You know, and the guy told him, you know, "Move
19 out of the way, you F'in N."
20   You know, I don't want to sit there and say the
21 word, but if I have to I will. But that was kind of
22 racial, which he took very offensive to.
23 Q. All right. Let me ask you this and see if I'm
24 understanding what you're saying. You saw Mr. Merrill,
25 BJ, attempting to cross the street?

Page 8

1 A. Yes.
2 Q. Was it Washington?
3 A. Yes.
4 Q. All right.
5 A. He was in the middle of the -- What do you call those
6 marks, yellow marks?
7 Q. Like the turn lane?
8 A. Yes. He was in the turn lane, because he knew there was
9 no vehicles turning, so he crossed, I'm saying, waiting
10 for the truck.
11   Because South Washington is used more like a
12 highway now. You know, it's a busy street. So if you
13 don't get towards the middle you're not crossing that
14 street at all.
15   So that's what he did. You know what I'm
16 saying, he got towards the middle to wait for the other
17 truck to roll by, but he's got -- He got really close to
18 one of the trucks, which like I said, he was passing
19 cautiously.
20   You know, but the thing is he slowed down enough
21 in front of him, you know what I'm saying, like "What are
22 you going to do?" you know what I'm saying, "You going to
23 go towards the front of the truck or are you going to go
24 behind the truck?"
25   You know, and basically the guy in the truck

Page 9

1 screamed out, you know, you know, confused and enraged
2 that he was, you know, 'cause he stopped in the middle of
3 the road, you know, told him to "Move out the way, you
4 F'in N."
5 Q. All right. Where were you?
6 A. I was trying to turn, trying to turn also. Because as he
7 was in the middle of the road trying to cross the street I
8 was trying to get into the turn lane which he was standing
9 at.
10   You know, he was standing -- I was also turning
11 down Gilmore, because my father lives right there.
12 Q. So you were going to turn left onto Gilmore?
13 A. Yup.
14 Q. All right.
15 A. He was crossing into Gilmore.
16 Q. So the guy in the red truck that you were talking about,
17 is he coming toward you or going the same direction?
18 A. No, going the other direction. As I was... He was going
19 this way, I was going this way.
20   You know, but the thing is I needed to be here,
21 but he was already here.
22 Q. All right. So what you're describing doesn't transcribe
23 very well.
24 A. Okay. Say like three lanes --
25 Q. Let me ask it this way. All right. You are heading -- Do

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 14

1  I'm going to go talk to him."
2  By the time I got to the corner there was an
3  officer present there.
4  Q. Okay. So you were going to go talk to BJ?
5  A. Yes.
6  Q. Why were you going to go talk to BJ?
7  A. Because he was stopping traffic. You know, he's just
8  making an outburst for nothing.
9  Get the vehicle -- I do know if he's drunk or
10  what he was, you know what I'm saying. I was going to
11  come, talk to him, you know, "Get out the way, man. You
12  know, it's okay," you know what I'm saying. Just take
13  this -- I was basically defending him saying because I
14  seen it all, you know what I'm saying, and "I seen the way
15  he," you know what I'm saying, "the way he was talking to
16  you," and everything else.
17  I was going to defend his behalf at the moment,
18  you know what I'm saying, 'cause I knew he called the
19  cops.
20  You know, I told my girl to call the cops, too,
21  you know, 'cause it wasn't going to be just his defense,
22  you know what I'm saying, I'm saying his believing against
23  his word, you know. I called the cops saying that, you
24  know, this guy is also, you know what I'm saying, let's
25  say antagonizing him. You know what I'm saying, like

Page 15

1  basically geeking him up.
2  Q. Did you ever make it over to BJ to talk to him?
3  A. Yeah.
4  But the thing is as he was turned the officer
5  pulled up.
6  Q. Okay.
7  A. And I was calming him down. At the moment I was right in
8  front of the cop car kind of calming him down.
9  And the officer said -- ==You know, he didn't want==
10  ==to pay no attention to the officer. He didn't -- I don't==
11  ==think he even knew the officer was present, you know.==
12  And the officer said, "Get down on your knees
13  before I pull my --" you know what I'm saying, and I'm
14  thinking, you know, he heard that.
15  So I'm looking at him like, okay, he didn't hear
16  that.
17  Well, the officer drew his weapon.
18  Well, I'm like right behind Bobby, and just
19  looked at him, you know, and pulled out a gun, like "I'll
20  see you later." I went down the street.
21  My dad called me, "He pulled a gun out. What
22  are you doing, crazy? Come down here."
23  You know, so I ran for it, you know what I'm
24  saying. But I'm watching everything that's going down at
25  my father's house, you know.

Page 16

1  And he said, "Don't get involved in it, you
2  know."
3  I'm like, "No, you know, he's a good guy. You
4  know, I know him." I'm saying, the way he just did him
5  I'm saying was wrong. You know, I need to talk to the
6  officer because, you know what I'm saying, he's going to
7  go to jail for something, you know what I'm saying, that
8  antagonized him, you know what I mean. So basically I was
9  going to defend him.
10  Q. So if I'm understanding you the guy in the red truck calls
11  him a name, Bobby kicks the truck and that's what you
12  think he might get in trouble for?
13  A. Yes.
14  Q. And you want to be there to tell an officer --
15  A. To tell the officer, you know what I'm saying, this guy
16  called him different names to fire him up. And, you know,
17  who would stop there? You know what I'm saying, who would
18  stop in the middle of the road, stop traffic, endanger
19  other lives, you know what I'm saying, just to call this
20  guy a name, you know what I'm saying, because you don't do
21  that. You don't stop in the middle of the road and just
22  antagonize him and tell him "Move out the way, you F'in
23  N," you know.
24  Q. What kind of car were you driving?
25  A. At the moment I was driving a Grand Prix, a purple Grand

Page 17

1  Prix.
2  Q. Purple Grand Prix?
3  A. Yup.
4  Q. All right. Before the officer arrived how close were you
5  to Bobby?
6  A. I would say about five foot.
7  Q. All right. Did you hear anything that Bobby was saying?
8  A. Yeah. He told me that basically he don't care about him,
9  you know what I'm saying, that he's got it. He's got it,
10  like "I got this." You know, like slang words, "I got
11  this, man. Don't worry about it."
12  You know, basically meaning that he's got it
13  under control. You know, basically he don't need my help.
14  You know, he's going to talk to whoever he's got to talk
15  to.
16  ==But he was hyped at the time, you know, high,==
17  ==like maybe drunk, I don't know. You know, I don't know==
18  ==what he was under, but it seemed to me like he was drunk.==
19  Q. All right. Do you hear him threaten anybody?
20  A. No, other than the guy that threatened him.
21  You know, because he threatened him, and like I
22  said they had a shouting match, you know what I'm saying,
23  and they were threatening each other, you know what I'm
24  saying.
25  And I thought for sure, you know what I'm

(Pages 14 to 17)

Page 18

1  saying, he said he had this. By the time he -- Like I
2  said, everything went down with a snap of a finger.
3  Q. Okay. Now, I've used the word threat, and you've said
4     they were threatening each other. Were they saying they
5     were going to do things to each other or just yelling at
6     each other?
7  A. Yeah. They were saying "I'm going to get out of this
8     truck and beat your butt." And the other -- Well, not
9     butt, but using the word profanity. I don't like using
10    profanity.
11        The other guy said, "Well, get your white honkie
12    ass out here and we'll do something."
13        Well, like I said, they were just threatening
14    each other back and forth, you know, and they were going
15    outrageous and causing a big scene, more likely, you know
16    what I'm saying.
17    ==But in front of Washington where it was the==
18    ==busiest time, 'cause traffic there gets really busy==
19    ==between 3:00 and 5:00. You know, it gets really heavy.==
20    ==It's like a highway, just gone. Just you can't even get==
21    ==through there. So it was a busy time at the moment.==
22 Q. Did you see Bobby walking around trying to get into
23    people's cars, or was he just arguing with the guy in the
24    red truck?
25 A. No, I seen that he was arguing with other people, and

Page 19

1  because other people were honking at him.
2        And, I mean, he was going -- Like I say, he was
3  at a rage where the guy rose his blood pressure up. You
4  know what I'm saying, he got him mad enough where he
5  couldn't control him. Saying being drunk that he was, or
6  whatever he was under the influence, couldn't control his
7  temper, couldn't control anything.
8        You know, I couldn't even calm him down, you
9  know, and let alone somebody else trying to calm him down.
10 Q. All right. Did he threaten you in any way?
11 A. No, he didn't threaten me at all.
12 Q. Did you see him get violent toward anybody?
13 A. I mean, he basically, you know, he said -- He went up to
14    my window and tried talking to me, but my girl got scared,
15    you know, and thought he was going to -- I'm like, "No,
16    he's not going to hit me, silly." You know what I'm
17    saying, "We already know each other. He ain't going to
18    hit me, you know what I'm saying, just cause he wanted to
19    hit me," you know.
20        So you got scared -- She got scared for nothing,
21    she called the police, you know what I'm saying.
22        And I told her to calm down, don't tell them
23    that, because, you know, that's not what's going to
24    happen, you know, because she's taking everything in
25    because she's white, you know, and she takes everything to

Page 20

1  extreme where she thinks everybody's bad in the
2  neighborhood, and stuff, and so on and so on.
3        But anyways, back to the story --
4  Q. I'm just curious. Did you ever think you were in danger?
5  A. No. No. 'Cause if I was in -- The only way I thought I
6     was in danger is when that officer pulled out his weapon.
7     Which I was right behind him. You know, I was right
8     exactly in the fire line. If this guy missed he was going
9     to tase me. I was going to go down.
10 Q. Now, you've been saying gun. Did you think it was a gun
11    or --
12 A. At the moment, you know, it didn't appear as a gun, you
13    know what I'm saying. Because, like I said, I was right
14    behind him.
15        So I, you know, like, "Hey, duck down, I want to
16    see what he's got."
17        I'm hearing my dad screaming down the block,
18    "He's got a gun." So I looked around, around his
19    shoulders and looked at him. He had a gun pointed at him.
20    =='Cause I heard him say that "I'm going to draw==
21    ==my weapon if you don't get your butt down on your hands==
22    ==and knees." I heard him say that,== but he wasn't paying --
23    he wasn't facing him as he made that remark.
24 Q. Okay. So --
25 A. He was facing me.

Page 21

1  Q. So you and Bobby are talking when the police officer --
2  A. Yeah.
3  Q. -- says "I'm going to draw my --"
4  A. Yup.
5  Q. "-- weapon"?
6  A. Yup.
7  Q. All right.
8  A. And I was like right behind Bobby, so I couldn't see him
9     draw the weapon, you know what I'm saying, because I was
10    like right behind him.
11        You know, if it wasn't for my dad screaming that
12    he has a gun out I probably would have been tasered or
13    shot right behind him, too, because one bullet ain't going
14    to stop there, you know, it's going to pierce through, or
15    something.
16        So I'm like, "See you."
17        So I went down to my dad's house. He said, "Get
18    your butt inside, man. What are you doing getting
19    involved?"
20        I'm like, "No, man, you know, it's not his
21    fault. You know, they're going to lock him up for
22    nothing." I said, "I'm going to talk to him, man," you
23    know, this and that.
24        But as all this is going down, you know -- And
25    he says, my dad says, "Look, look. See, look, he's

(Pages 18 to 21)

Page 22

1  already getting him there, you know, talking to him."
2      And he goes inside, and everything else, you
3  know. I'm still standing there, you know what I'm saying,
4  just waiting.
5      'Cause my girl already took off to work and she
6  left me there, you know what I'm saying, to watch my kid,
7  you know. And I was like, "Forget it, you know. I'll
8  just walk right across the street." I only live across
9  the street, and, you know, I'll stay there to see what's
10 going on.
11 Q. So did you stay --
12 A. Well, I'm laughing because --
13 Q. Wait a second. I've got to ask questions --
14 A. Okay. I'm sorry.
15 Q. -- and you answer them.
16    The red truck before the police get there, was
17 the red truck still there or did it drive off?
18 A. It drove off.
19 Q. All right. So this argument back and forth, this is over
20 before the police get there?
21 A. Yeah. Yup.
22 Q. All right. And when the police get there you're talking
23 to Bobby?
24 A. Yup.
25 Q. All right. And other people, are they still honking, or

Page 23

1  are they yelling at Bobby, or...?
2  A. No, not at the moment, you know what I'm saying, all the
3     traffic cleared up. At the moment the only one that's
4     parked there on Washington was the officer itself.
5  Q. All right.
6  A. The only single officer that was there at the moment.
7  Q. All right. But did you talk to Bobby before the officer,
8     that single officer arrived?
9  A. No, as of the moment I was coming back to talk to him.
10 Q. Okay.
11 A. You know, and I came back to talk to him, you know, and
12    all of a sudden he pulled up.
13    Like I say, I don't think he noticed the officer
14    was there present because he was just so fired up.
15    And I was talking to him, I'm like, "You want me
16    to say something, you know, or do something, you know what
17    I'm saying, to help you out?"
18    He said, "No, I got this, man. Don't sweat it."
19 Q. But he was facing you?
20 A. Yeah, at the moment.
21 Q. And then the officer pulls out the --
22 A. The gun, right.
23    Not knowing -- I didn't even know he pulled it
24    out. I heard something. ==But I told him, because he's==
25    ==going hysterical over here, he's shouting in my ear, you==

Page 24

1  ==know, and he's like, "No, no, no."==
2  Q. ==Who is shouting in your ear?==
3  A. ==Bobby's shouting, you know what I'm saying, because he's==
4     ==all fired up.==
5  Q. He's facing you and shouting at you?
6  A. He's facing me but shouting, "No, I got this, man." You
7     know, "I got this," and just screaming, you know what I'm
8     saying.
9     I heard him say something, you know, "Get down,"
10    or something like that, "before I fire my weapon."
11    And I'm like, "Who is he -- who is that officer
12    talking to?" Because I can't see him.
13    He's like right in front of me. Well, the
14    officer, he's right in the same -- Like he was just
15    standing right in front of me to you. I can't see you
16    drawing a weapon, you see what I'm saying?
17    So my dad's watching the whole thing going down.
18 Q. And I understand that, your dad yells to you --
19 A. Yup.
20 Q. -- he's got a gun.
21 A. Yup.
22 Q. Had you said anything to the officer?
23 A. No. I just looked at him, he had a gun, "I'll see you
24    later." I took off. I took off towards his house.
25 Q. You head toward his house, and do you turn around and see

Page 25

1  what happens?
2  A. Uh-huh (Yes).
3     And my dad says, "See, they got it all under
4     control, man. Come on, man, you don't need to --"
5     I said, "No, I need to go talk to him."
6  Q. All right. So what did you see next?
7  A. I seen afterwards he went down and talked to him, and
8     everything else. You know, he --
9  Q. Who went and talked to him?
10 A. The officer was talking to Bobby.
11 Q. Okay. Did you hear anything --
12 A. Yeah, they were shouting also. You know, they were
13    screaming at each other. "I don't care. Take me to jail.
14    Where is all them other --" You know, "Where's the other
15    truck at?"
16    He noticed it disappeared, you know what I'm
17    saying, he's gone.
18    And him, "You guys let him go. You guys let him
19    go. See how you guys are." You know, and he's going
20    ballistic crazy, too, because he thought the officers let
21    him go.
22    You know what I'm saying, 'cause I stalled him
23    and tried to talk to him the other car just decided to go,
24    "Bye, you know, see you. I ain't going to make the
25    situation more worse than it is."

(Pages 22 to 25)

Page 38

1  A. I'm basically just barely getting out of my dad's
2     backyard. Because he had some lawn mowers in the backyard
3     and he was showing me, you know what I'm saying, "You need
4     to go cut that grass," and everything else. You know, I
5     basically was leaving it alone.
6         And at the moment that's when I heard this pop,
7     pop, you know, and "Oh, my God, they shot him." And I
8     went running around, and they did, they shot him.
9         So basically from there... from there where
10    he -- the officers pulled up that's where my story ends
11    right there, you know what I'm saying, because of the fact
12    that I went -- I got sidetracked and went to pay attention
13    to my dad, you know what I'm saying, just because he had a
14    lawn mower for me.
15        But I heard this pop, pop, came back, "Oh, my
16    God, they shot him."
17        So I went back rushing right around the fence.
18    And then my dad's like, "Dude, leave that guy alone, man.
19    That's his problem." That's his word.
20        And I said, "Oh, that's cold. Look, they
21    actually shot him."
22 Q. So did you see the second officer arrive?
23 A. Yes.
24 Q. All right. And you saw him with his taser out?
25 A. Yeah.

Page 39

1  Q. And did you hear the officer say anything to Bobby --
2  A. No.
3  Q. -- before the pop, pop, pop?
4  A. No. He didn't -- He might have mentioned -- Like I said,
5     I was half of a block down. You know what I'm saying, he
6     might have said it to him, but I didn't hear.
7         He didn't say it out loud enough where, you
8     know, he made an announcement. You know, he might have
9     said it to him.
10 Q. I'm not asking you what he might have done, I'm asking you
11    did you hear it?
12 A. No.
13 Q. All right. So the pop, pop, pop, do you go back after --
14 A. Yes.
15 Q. All right. When do you get back? What's going on when
16    you get back?
17 A. As I get back the officers are handcuffing him, and they
18    still couldn't control him. I mean, he was still kicking.
19 Q. What do you mean by kicking?
20 A. Like kicking, like being tased. And as being tased these
21    officers are handcuffing him.
22 Q. Did you see officers tasing him while he was on the
23    ground?
24 A. Well, they tased him, and then they cleared out because
25    they didn't want to get tased.

Page 40

1     And then after they -- They didn't check him, or
2     nothing like that. You know, they just handcuffed him and
3     put him in the back of the car.
4         You know, and I think he gave a little fight, or
5     they thought they were fighting, and he kicked his legs,
6     you know, and as he was kicking his legs they shackled his
7     legs. So they hog-tied him.
8         You know, when I say hog-tied him, they put his
9     hands behind there and they cuffed his feets and threw his
10    belly inside of the cop car.
11 Q. Now, when you said kicking, do you mean he's moving his
12    feet around, or what did you --
13 A. I don't know. I think he was in pain, you know what I'm
14    saying. You know, like when somebody's in pain, you know
15    what I'm saying, like, "Aggghhh," you know, kicking
16    around.
17        As he's thinking they're -- he's fighting, he's
18    not fighting, you know what I'm saying, he's just in pain.
19        You know, it's just like you getting tased, you
20    know what I'm saying, you got tased and all of a sudden
21    you're coming out of it, you know, you're just kicking, I
22    don't know, like, I don't know, like being stabbed, man,
23    you know.
24 Q. Have you been tased?
25 A. Yeah, I been tased.

Page 41

1  Q. So do you know what it's like?
2  A. Yes.
3  Q. Did you think the moving of the feet around or the kicking
4     that you were describing was because he was being tased?
5  A. Because of the pain, correct.
6  Q. All right.
7  A. Because of the pain. Because if anybody actually knows
8     about being tased they would know you would kick at the
9     end because of pain.
10        It would take three officers -- Now, I watched
11    this on TV. It takes three officers, one in the back, two
12    to grab him in order to get tased, to take the -- to feel
13    the moment of tasing. Okay. That's being safety.
14        There wasn't nobody getting his back, or
15    anything like that, so basically if you get tased you're
16    falling on the ground automatically. Ain't nobody going
17    to "Oh, are you going to be safe enough?" after you get
18    tased. No, they're handcuffing him, you see what I'm
19    saying. So I know the feeling. So I know that he was in
20    pain at the time.
21 Q. Did you see him on the ground like kicking at the
22    officers?
23 A. No, he wasn't kicking at the officers, he was kicking
24    like, basically like, "Oh, it hurts" kind of kicking. You
25    know, like, you know, he thought by him squirming around

(Pages 38 to 41)

Page 46

1  A.  They just threw him into the back seat head first, slide
2     him in from his belly all the way in, made sure his head
3     and feets were in, and they closed the door.
4  Q.  Was he on his stomach?
5  A.  Yes.
6  Q.  Do you know how many -- Or how many times do you believe
7     or did you witness the officers tase Mr. Merrill?
8  A.  I heard two, two shots go off.
9  Q.  Did you see them tasing him while he was on the ground?
10 A.  No.  I mean, it's kind of hard to say, you know, because
11    they're all gathered around, you know what I'm saying,
12    trying to tame him down.  It's kind of hard to say even if
13    he was being tased because he was surrounded by officers.
14 Q.  Did you see them hit him with batons?
15 A.  That, I heard that, a rumor.
16 Q.  I'm not asking what you heard, did you see?
17 A.  No, I mean, I didn't see it personally.  Like I said, I
18    was distracted at the time.
19        You know, I did see one of the officers had a
20    baton in their hand, you know, and used it against his
21    back, you know, trying to calm him down, but...
22 Q.  What do you mean trying to calm him down?
23 A.  Yeah, he used the baton and grabbed him and used it
24    forcely to try to maintain him down.
25        And he wasn't... ==he wasn't laying down for them,==

Page 47

1     so he used a little bit of force towards him.
2        But beating him like Rodney King, no.
3  Q.  Did you see them kick him?
4  A.  ==I seen basically they were trying to maintain him.==
5        Kicking him could have been in there.  You know,
6     it could have been in there, because I don't know how they
7     would take tactic, you know, the police officer would take
8     tactic.  I don't know if that's part of their tactic by
9     kicking him and shoving him and using their knees, but
10    that was being done.
11 Q.  What happened, what did the police do after BJ was in the
12    squad car?
13 A.  Screaming for help.
14 Q.  Screaming to who for help?
15 A.  Whoever can hear him.
16 Q.  No, what did the police do, not what Bobby did.
17 A.  Oh, what did the police did afterwards?
18 Q.  Yes.
19 A.  Well, the paramedics showed up.
20 Q.  Okay.  But before the paramedics come up do you see the
21    police doing anything?
22 A.  No.  No, I seen --
23 Q.  Did you see where they went?
24 A.  They were somewhere around the merge lane right around --
25    I couldn't see around the corner.  They were huddled up on

Page 48

1     Washington over by the church area.  I couldn't really see
2     them because, like I said, I was down the block and they
3     were huddled up around the corner.
4  Q.  Do you know how many police officers were there?
5  A.  At the time when I looked back there were four.
6  Q.  Okay.  How long were they huddled up?
7  A.  Quite a bit.
8        They were waiting for the ambulance to show up.
9  Q.  How do you know they were waiting for the ambulance?
10 A.  Because they tased him.
11       You know, anybody knows when you get tased you
12    call an ambulance, you know what I'm saying, to check and
13    see on the person, you know, if they pierced him through,
14    or anything like that.
15       So they were waiting at the moment, you know
16    what I'm saying, as they were talking and everything else,
17    you know, what happened, and everything.  They were
18    getting their story straight, you know what I mean.
19 Q.  Did you hear them say anything?
20 A.  No.  No.
21 Q.  All right.  Did you see the ambulance come?
22 A.  Yes.
23 Q.  What did you see after the ambulance came?
24 A.  I seen that the ambulance were trying to get ahold of the
25    police officers and tell them where is the patient at.

Page 49

1     He's in the back seat.
2        Well, the paramedics tells them, "Well, this
3     guy's bleeding in the back seat.  Come open this car up
4     now."
5        Well, the officer goes walking towards them, not
6     hurrying up, just taking his sweet time coming over and
7     opened up the back door.
8        And they said -- The paramedics screamed out to
9     the officer "We need to get this guy out.  He's bleeding
10    all over the place, he needs --" You know, I think he
11    checked his pulse some way somehow.  I don't know, I mean,
12    I'm not a paramedic so I don't know how he checked his
13    pulse.
14       But he checked his pulse and he said, "Well,
15    this guy's barely alive.  We're going to lose him quick."
16       So he screams out to the officers "We need to
17    get him out now."
18       And they drugged him out.  As they drugged him
19    out you could see how fast they drugged him out.
20       The paramedics didn't even put his hands on him
21    yet.  The police officers dragged him out, you know what
22    I'm saying, not being cautiously, not being -- just
23    slabbed him out.
24       You know, the reason why it was so fast so easy
25    is because his blood was everywhere in the back seat, you

(Pages 46 to 49)