# EXHIBIT 3

# Exhibit 3
# Video –
# (Taser video)