# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON and
DEMARQUION MERRILL, as
Co-Personal Representative
of the Estate of BOBBY
MERRILL, deceased,

        Plaintiffs,

                              Case No.: 13-11159

vs.

                              Hon. Thomas Ludington

OFFICER JEFF MADAJ, individually,
OFFICER JUSTIN SEVERS, individually,
OFFICER BRIAN GUEST, individually, and
OFFICER STEVEN WIETECHA, individually,

        Defendants.
_____/

        The Deposition of OFFICER BRIAN D. GUEST, taken before David S. Ripka, CSR-2175 and Notary Public in and for the County of Genesee, acting in the County of Saginaw, State of Michigan, at the offices of Ripka, Boroski & Associates, One Tuscola Street, Suite 301, Saginaw, Michigan, on Thursday, November 21, 2013, commencing at or about 12:56 p.m.

APPEARANCES:

    Fieger, Fieger, Kenney, Giroux, Danzig & Harrington, P.C.
    BY: ROSS A. BRUNETTI, ESQ.  (P73080)
    19390 West 10 Mile Road
    Southfield, Michigan  48075
    (248) 355-9049

        Appearing on behalf of Plaintiffs,

Page 62

1  A  I'm going to have to guess again. I don't -- I didn't
2     really pay attention to that. It was probably over a
3     mile, less than two miles. I don't know. It was heavy
4     traffic. I had to stop a few times for lights. It was a
5     busy time of day.
6  Q  What time was it?
7  A  It was in the afternoon. I don't know if it was around
8     4:00 or something, 3:30 maybe. I don't know.
9  Q  Best guess, 3:30 to 4 p.m.?
10 A  Something like that.
11 Q  All right. Eventually, you arrived on scene, correct?
12 A  Yes.
13 Q  And what street did you -- what street were you on when
14    you first saw Officer Severs?
15 A  South Washington.
16 Q  Were you headed -- which direction were you headed on
17    South Washington?
18 A  South.
19 Q  How far away were you from Officer Severs before you
20    noticed him -- or when you noticed him?
21 A  I don't know. I didn't really pay attention to that.
22 Q  Okay. From the first moment that you saw Officer Severs,
23    what did you notice about the situation?
24 A  I noticed that he had a taser in his hand. I didn't
25    really focus a lot of attention on him.

Page 63

1  Q  But you knew that Officer Severs had a taser in his hand?
2  A  Yes.
3  Q  Was he in or out of his vehicle?
4  A  Out.
5  Q  Where was he standing in the road?
6  A  I think he was probably in the southbound lane of
7     Washington, but --
8  Q  What did you do as you approached the scene?
9  A  Got out of the car. Seen a black male subject coming
10    towards me.
11 Q  Let me slow you down there for a second. Where did you
12    stop the car?
13 A  I stopped my car I think it was in the southbound lane of
14    Washington, just north of Officer Severs' patrol unit.
15 Q  Okay. So you stopped it near Officer Severs' patrol
16    unit?
17 A  Yeah.
18 Q  Was his patrol unit running front to back in front of
19    you? Was it sideways?
20 A  Sideways, I think.
21 Q  Okay. When you stopped the car, as you were getting out
22    of the car, what did you perceive of the situation?
23 A  I seen a black male subject coming towards me.
24 Q  And this is before you got out of the car?
25 A  I don't know if it was before or right when I got out.

Page 64

1     Something like that.
2  Q  Okay. But all in the same sort of time frame?
3  A  Yeah.
4  Q  Were there any other officers on scene other than you and
5     Officer Severs?
6  A  I pulled on scene with Officer Wietecha.
7  Q  Did you guys arrive at the same time.
8  A  Yeah. He was a couple feet ahead of me pretty much.
9  Q  Where did Officer Wietecha park in relation to you?
10 A  He was to the left side of me, so to the east of my car.
11 Q  Okay. And so then you pulled essentially to the right of
12    Officer Wietecha?
13 A  Yes.
14 Q  And Officer Severs car was in front of you both?
15 A  Yes.
16 Q  Okay. As you got out of the car, you said that you saw a
17    black male subject approaching you, correct?
18 A  Yes.
19 Q  What did he look like?
20 A  Black male subject. I don't know. Heavyset. Short
21    hair. About my height.
22 Q  How tall are you?
23 A  Five-eleven.
24 Q  About how much did he weigh?
25 A  I'd say -- well, probably close to 300 pounds.

Page 65

1  Q  That's how much you believed him to weigh by looking at
2     him?
3  A  Yeah. Something like that.
4  Q  Okay. So what did you do after you saw this person
5     approaching you?
6  A  Told him to get on the ground.
7  Q  Did he get on the ground?
8  A  No.
9  Q  How did you tell him to get on the ground?
10 A  I think I just told him, "Get on the ground."
11 Q  All right. Did you notice anything about his appearance?
12    Did anything about his appearance stand out --
13 A  Yeah.
14 Q  -- as odd?
15 A  Yeah.
16 Q  What about his appearance was odd?
17 A  He just was coming at me in a fighting stance.
18 Q  What made you think he was in a fighting stance?
19 A  It looked like he was getting ready to box.
20 Q  Can you describe what that looks like?
21 A  He just had his back foot offset from his front foot and
22    kind of his hands up in front of his chest like this
23    (Demonstrating), just like he was ready to fight.
24 Q  I'm sorry. Can you show me again where his hands were?
25 A  Just up by his chest like this.

(Pages 62 to 65)

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 66

1  Q  So you indicated his hands were by his chest. What did
2     his hands look like? Were they open hand? Were they
3     closed hand?
4  A  I don't recall. You've got to remember, I mean, this
5     happened pretty quick.
6  Q  I understand. I'm just trying to get to the best of your
7     recollection what you can remember.
8  A  Sure.
9  Q  All right?
10     So you looked at him. You said he was walking
11     towards you?
12 A  Yes.
13 Q  As you were pulling up, you said you also saw Officer
14    Severs with a taser drawn, correct?
15 A  Yes.
16 Q  All right. So as you're getting out of the car, and you
17    see this guy with his hands up, okay, coming toward you,
18    did Officer Severs do anything to him as this is going
19    on?
20 A  No.
21 Q  You didn't see Officer Severs deploy his taser?
22 A  I don't think so, no. I think he already had it deployed
23    on him.
24 Q  Did this black male suspect -- did you ever learn his
25    name?

Page 67

1  A  Yes.
2  Q  What's his name?
3  A  Bobby Merrill.
4  Q  Okay. Did Bobby ever say anything to you after you told
5     him to get on the ground?
6  A  I don't recall. I remember him saying things. But at
7     that point in time, I don't remember if he said anything
8     or not. I think he was. I don't remember what he said,
9     though.
10 Q  Okay. Did he appear to be lucid at the time that you
11    told him to get on the ground?
12 A  What's lucid?
13 Q  Did he appear to be of clear mind?
14 A  No.
15 Q  Why would you say he wasn't?
16 A  He just -- it's hard for me to explain, but --
17 Q  To the best of your ability.
18 A  It looked like anything I was telling him, it didn't
19    matter. He had a blank stare, a thousand-yard stare.
20 Q  So you saw him with a blank stare?
21 A  That's what it looked like to me, yes.
22 Q  Did you interpret that stare to mean anything?
23 A  Yeah. Be careful.
24 Q  Did you believe that he, based on the way that he looked,
25    that he was on any kind of a substance?

Page 68

1  A  I didn't know that, no.
2  Q  Did you suspect that?
3  A  No. I didn't even think about that at the time.
4  Q  Did it look like anything that you had said, that he had
5     even heard it?
6  A  I know he heard it, but I don't know -- it didn't -- it
7     didn't click with him. He either didn't care or he
8     wasn't listening.
9  Q  Okay. So after he is standing there in this what you
10    described as a fighting stance, okay, and you instructed
11    him to get on the ground, and he didn't comply, what did
12    you do next?
13 A  Pulled my taser out.
14 Q  And your taser is on your utility belt at this point?
15 A  Yes.
16 Q  What did you do after that?
17 A  Well, first Officer Wietecha tasered him, but --
18 Q  So as you're pulling your taser out, Officer Wietecha
19    tasered him?
20 A  Mm-hmm.
21 Q  And you actually saw that?
22    MR. REISING: Excuse me. You've got to say --
23    give a verbal answer.
24    MR. BRUNETTI: Yeah.
25    MR. REISING: I think your answer is yes, but I

Page 69

1     want to --
2     THE WITNESS: Yes.
3     MR. REISING: -- get the answer.
4     Okay. Thanks.
5     MR. BRUNETTI: Thank you, Counsel.
6  Q  (BY MR. BRUNETTI) When Officer Wietecha deployed his
7     taser, did he deploy it in stun mode, or did he deploy
8     the barbs, the probes?
9  A  Probes.
10 Q  How far away was Officer Wietecha standing from Bobby
11    Merrill?
12 A  I don't know.
13 Q  Was he closer to Bobby Merrill than you were?
14 A  I don't know.
15 Q  How close were you to Bobby Merrill?
16 A  Ten feet maybe. I'm just guessing.
17 Q  Were you further away than we're sitting --
18 A  Yes.
19 Q  -- right now?
20    And we are sitting approximately three
21    and-a-half feet away from each other?
22 A  Approximately, yeah.
23 Q  And your best estimate right now is that you were about
24    ten feet away from Mr. Merrill?
25 A  Or more, yes.

(Pages 66 to 69)

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 70

1  Q  When Officer Wietecha deployed his taser on Bobby
2     Merrill, did you see where the barb struck?
3  A  Yeah.
4  Q  Where?
5  A  Somewhere in his jacket, his chest area.
6  Q  Did both of them strike there?
7  A  I don't know if both of them did. I know one did. I
8     knew it didn't do anything.
9  Q  Why do you know it didn't do anything?
10 A  Because it never penetrated him. It hit his jacket.
11 Q  What kind of jacket was he wearing?
12 A  Leather jacket.
13 Q  Do you remember what color it was?
14 A  No.
15 Q  Do you remember the style of jacket?
16 A  No. I mean, it was just a leather jacket. It wasn't
17    a long -- you know, it was down to about waist length. I
18    could tell that neither Officer Severs or Officer
19    Wietecha's probes had made contact with him. His
20    clothing was to thick.
21 Q  So at that point, you believe he was still wearing a
22    jacket?
23 A  Yes.
24 Q  All right. Did you see a shirt under the jacket?
25 A  Yeah.

Page 71

1  Q  What color was the shirt?
2  A  I don't know. I don't remember.
3  Q  Was he wearing pants or shorts?
4  A  Pants.
5  Q  Do you remember what color they were?
6  A  Blue jeans, I think.
7  Q  So you think they were jeans?
8  A  Yes.
9  Q  Do you remember what kind of shoes he was wearing?
10 A  No.
11 Q  All right. So what happened after Officer Wietecha
12    deployed his taser on Bobby Merrill?
13 A  Didn't do anything. He was still -- it was not effective
14    to him.
15 Q  And, again, why do you say it was not effective?
16 A  Because I don't think any of the probes -- I don't think
17    the probes had penetrated him at all.
18 Q  When I say how do you know it was not effective, did he
19    respond at all --
20 A  No.
21 Q  -- to the taser device?
22 A  No.
23 Q  So what happened next?
24 A  I continued to give him verbal commands, and then I
25    activated my taser on him.

Page 72

1  Q  Okay. Did Officer Wietecha tell Bobby Merrill he was
2     going to deploy his taser?
3  A  I don't know.
4  Q  What verbal commands did you give Bobby Merrill after you
5     saw that the taser deployed by Wietecha didn't work?
6  A  I don't know. I think I just told him to keep getting on
7     the ground, something like that.
8  Q  Were you shouting or talking?
9  A  Probably shouting.
10 Q  At this point, you indicated that you had pulled your
11    taser, correct?
12 A  Yes.
13 Q  As you were giving these instructions, where was your
14    taser pointed?
15 A  Probably at him. I don't know. Maybe I had it down by
16    my side.
17 Q  What would you typically do in a situation like that?
18 A  As far as where I would put my taser?
19 Q  Where would you -- yeah, where would you direct it as you
20    were giving an order?
21 A  Probably right at him.
22 Q  Okay. And do you remember how many times you told him to
23    get on the ground?
24 A  No.
25 Q  How long after Officer Wietecha attempted to deploy his

Page 73

1     taser did you deploy your taser?
2  A  Pretty quickly.
3  Q  About how long in time, if you can give an estimate?
4  A  I can't. I really don't know. Pretty quick, though.
5  Q  How many times -- Scratch that. You've already said you
6     don't know.
7  A  I could see where his probes had hit him, and I knew that
8     it didn't penetrate him. So, I didn't waste a lot of
9     time. I aimed for his leg, because I knew there would be
10    a better chance of it penetrating his leg.
11 Q  And did you actually strike him in the leg with the taser
12    barbs?
13 A  Yes.
14 Q  Did you see the taser barbs strike him in the leg?
15 A  One of them, yeah.
16 Q  All right. And did he respond to that deployment of the
17    taser?
18 A  Yeah, he fell down on the ground.
19 Q  Where was he standing at the point that he fell on the
20    ground?
21 A  He kind of took a few steps before he fell down. He
22    started to walk around, started to tumble in front of
23    Officer Wietecha's vehicle, the front end. And then he
24    kind of fell around the side of it, like in the middle of
25    Washington Street, kind of by his driver's side door.

(Pages 70 to 73)

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 74

1  Q  Okay. And I apologize for going through this again. I
2     just want to make sure that I've got it. At the point
3     that you and Officer Wietecha are out of your vehicles,
4     are you guys standing in the street when you first get
5     there?
6  A  Yes.
7  Q  And Bobby Merrill, was he standing near the middle of the
8     street or near the side by like the curb?
9  A  I don't recall. He wasn't in the middle of the road. I
10    think he was in the southbound lane of Washington.
11 Q  Okay. So he was in the southbound lane of Washington,
12    but he's not in the very middle of the road?
13 A  Yeah.
14 Q  All right. So you and Officer Wietecha, kind of next to
15    each other, start to approach the area, correct?
16 A  Yes.
17 Q  Bobby Merrill, you said, was coming toward you guys,
18    correct?
19 A  Yes.
20 Q  As he was coming toward you, was he walking? Was he
21    running? Was he --
22 A  Walking.
23 Q  Was he walking slowly or quickly?
24 A  A medium pace, I guess.
25 Q  Okay. Officer Severs, is he next to you guys, or is he

Page 75

1     behind Bobby Merrill?
2  A  He's not behind him. He's to the side of him, I think.
3  Q  Okay.
4  A  I think to Officer Severs was to the west of Bobby
5     Merrill, like near the rear end of his own patrol unit.
6  Q  Okay. And about how far was Officer Severs from Bobby
7     Merrill at that point?
8  A  Just a guess again; probably 10 -- 10, 12 feet or
9     something like that.
10 Q  About the same distance as you were away from Bobby
11    Merrill?
12 A  Yeah. Maybe we were a little bit farther away than him.
13    Justin was closer to him, I think.
14 Q  Okay.
15 A  Officers Severs.
16 Q  At the time that you deployed your taser, is he still in
17    the southbound lane of traffic, or is he closer to the
18    middle of the road?
19 A  Somewhere close to there, that spot. I don't know.
20 Q  At the time that you deployed your taser, was he walking
21    toward you, was he walking away from you, or was he
22    standing in the same spot?
23 A  I don't couldn't tell you. I don't -- I don't remember.
24    I mean, it happened so quick. I just -- all's I remember
25    is pulling on scene, jumping out of my car as quick as I

Page 76

1     could, him having that fighting stance and blank stare.
2         I don't know if Officer Wietecha gave him
3     verbal commands or not. I remember telling him to get on
4     the ground. Officer Wietecha activated his taser. I
5     could see where one of the probes hit, and I knew it
6     didn't have any effect on him. He still wasn't getting
7     on the ground.
8         I activated my taser. He fell to the ground.
9     I was hoping that was it. I was thinking that was going
10    to be it, but --
11 Q  Okay. After you activated your taser and he fell to the
12    ground, I believe you said before he didn't immediately
13    fall. He took a few steps first, correct?
14 A  You could tell he was tumbling, but he didn't just drop
15    like they usually -- like someone normally drops.
16    Usually, you activate your taser on somebody, and they
17    look like they're getting electrocuted, and they
18    immediately fall to the ground. Well, he took a few
19    steps and then fell.
20 Q  Okay. And when fell, did he fall face forward? Did he
21    fall to the side? Did he fall backward? How did he
22    fall?
23 A  Face forward or on his side. I think face forward.
24 Q  Okay. And what did you do after he fell face forward?
25 A  I thought the fight was out of him then. I took the

Page 77

1     cartridge out of my taser, which was a mistake, and then
2     put the taser back in my holster.
3  Q  How many cycles did you apply with that taser cartridge?
4  A  You'd have to get the records from SPD. But once or
5     twice, maybe not -- maybe just once.
6  Q  You're not entirely positive, but you think it was once
7     or twice?
8  A  Yeah.
9  Q  Okay. And then you said you expended that cartridge?
10 A  Yeah.
11 Q  All right. After you expended the cartridge, what did
12    you do?
13 A  Put the taser back in my holster, made sure it was
14    secure. And then I noticed that he started to fight on
15    the ground, so I went over there to help those guys to
16    try to get him --
17 Q  Now, I want to make sure we take this bit by bit. You
18    said that you expended the cartridge. You holstered your
19    taser, correct?
20 A  Yes.
21 Q  At this point, while you're doing this, are Officers
22    Wietecha and Severs approaching Bobby Merrill?
23 A  Yeah.
24 Q  So you didn't approach with Officer Severs and Officer
25    Wietecha?

(Pages 74 to 77)

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139

Page 78

1  A   No. They approached him first.
2  Q   Okay. About how far were you when they made contact with
3      Bobby Merrill from them?
4  A   Five or six feet, maybe.
5  Q   All right. And when you said that you saw Bobby Merrill
6      start to fight, what did you mean by that?
7  A   He was actively resisting and kind of -- or he was
8      flailing his arms and legs, and they were going to try to
9      cuff him up. But he wouldn't have any of that. He was
10     hitting back and then he was putting his arms underneath
11     him and rolling around.
12 Q   Was he face up or face down?
13 A   Face down, I think, at the start.
14 Q   Was he lying flat, or was he supporting himself up?
15 A   He was lying flat.
16 Q   And he started flailing while he was lying flat face
17     down?
18 A   Yes.
19 Q   Okay. When you saw that, what did you do?
20 A   Got my taser back in the holster as quick as I could and
21     went over there and tried to help them. But his legs
22     were kicking and that. So I tried to grab his legs.
23 Q   At the point when you got there, you're physically at the
24     location where they are, what is Officer Wietecha doing?
25 A   When he's down on the ground? When Bobby Merrill's down

Page 79

1      on the ground?
2  Q   When Bobby Merrill is down on the ground and he's
3      flailing about, after you holster your taser and you walk
4      over there, what is Officer Wietecha doing when you get
5      up there?
6  A   I think he's trying to restrain him.
7  Q   What side of Bobby is Officer Wietecha on?
8  A   I think Officer Wietecha's on Bobby Merrill's left side.
9  Q   Okay. Where is Officer Severs?
10 A   I think Officer Severs is on the right side.
11 Q   And then do you -- when you approached, do you go toward
12     Bobby's head, or do you go toward his feet?
13 A   Feet.
14 Q   All right. As you approached, what did you see Officer
15     Wietecha doing on the left side?
16 A   Restraining him.
17 Q   What part of his body was he grabbing, of Bobby Merrill's
18     body was he grabbing?
19 A   I think he was grabbing his arm and his -- I mean, he was
20     on his right side. I think he was trying to get control
21     of his left arm is what he was trying to do.
22 Q   Okay. What was Officer Severs doing?
23 A   Doing the same thing on the right side; trying to get a
24     hold of his right arm.
25 Q   Okay. So they were each going for arms, right?

Page 80

1  A   That's just a guess. I mean, I think so.
2  Q   Okay. At the point that you approached, are Bobby
3      Merrill's arms out, or are they tucked under him?
4  A   He would do -- he would -- I don't know. He would keep
5      them underneath him. Then he would flail them out and go
6      like this (Demonstrating). And then he would -- once
7      you'd get a hold of an arm, he would rip it back free and
8      then put it underneath and then flail. I mean, he was
9      just kind of spazzing out on the ground.
10 Q   All right. So what did you do while they were trying to
11     restrain his arms?
12 A   I tried to grab his legs and hold them down so he
13     couldn't kick any of us.
14 Q   How did you try grabbing his legs?
15 A   At first -- I don't know. I'm just guessing. I tried to
16     hold him down with my hands, my knee. That wasn't
17     working too well. I think he even kicked me at some
18     point in time.
19     I know he kicked me, but -- I was just trying
20     to get a hold of his legs so he couldn't kick or
21     anything. And I thought, if I grab his legs and somebody
22     would get a hold of, you know, his arms and that, we'd
23     get him cuffed up, and then it would be all over.
24 Q   Okay. At some point, then, did any other officers arrive
25     while this was going on?

Page 81

1  A   Yeah. But at what point in time, I really don't
2      remember. I know Officer Madaj showed up, but at what
3      point in contact I don't remember.
4  Q   Did Officer Madaj arrive as you were still struggling
5      with Mr. Merrill on the ground?
6  A   Oh, yeah. Yes.
7  Q   Okay.
8  A   Maybe before. I don't know. But I remember seeing him
9      right when we were getting on the -- when we were on the
10     ground.
11 Q   When Bobby Merrill was on the ground, what techniques did
12     you employ to try to get compliance from him?
13 A   Well, first I tried to hold his legs down. That wouldn't
14     work. So I gave him a knee strike in his upper right
15     leg, I believe. That didn't do anything.
16     So then I decided, well, I can't get a hold of
17     his legs there, so I'm going to try to get a hold of his
18     arm, because we had more people up there. And,
19     eventually, I ended up getting control of his left arm
20     somewhat with some help.
21     And then I ended up getting his left arm
22     cuffed, or his left wrist cuffed. And I tried to cuff
23     his right, but he's a big guy. His shoulders are too
24     broad. You couldn't really get one set of cuffs on him.
25     So, I don't know whose cuffs were used for the

(Pages 78 to 81)

Page 82

1  right side. It might have even been mine. I don't
2  remember. We ended up getting that cuffed, and then I
3  got them cuffed both together with the help of people.
4  Q  How many knee strikes did you deliver to Bobby Merrill?
5  A  One, I think.
6  Q  Did you see any of the other officers perform any knee
7  strikes?
8  A  I don't know if I seen anybody have a knee strike. I
9  don't think so.
10 Q  Did you see any of the other officers utilize any tools
11    to try to gain compliance?
12 A  Yeah. Officer Wietecha used his baton.
13 Q  And what did Officer Wietecha do with the baton?
14 A  He struck him in his arm.
15 Q  How many times?
16 A  I don't know. More than once.
17 Q  Which arm did he strike?
18 A  I think it would have been his left hand.
19 Q  Is that proper protocol?
20 A  Sure.
21 Q  You say "sure." But "sure" isn't --
22 A  Yes.
23 Q  -- necessarily definite.
24 A  Yes.
25 Q  Is that in a handbook somewhere?

Page 83

1  A  I don't know of any handbook we have. But in the police
2     academy, as far as PPCT techniques, yeah. Yes.
3  Q  Okay. So that was a -- that's a trained -- PP --
4  A  It's called PPCT, I think.
5  Q  PPCT technique, yes.
6  A  Yeah.
7  Q  That's an appropriate PPCT technique?
8  A  Yes.
9  Q  All right. So, the knee strike doesn't work. You're
10    eventually able to get a hold of Bobby Merrill's left
11    arm, correct --
12 A  Yes.
13 Q  -- and cuff him?
14 A  Took me a little bit, but, yes.
15 Q  Do you remember if Officer Jeff Madaj was able to do
16    anything during this circumstance?
17 A  Yeah. I mean, he -- I don't know his exact actions, but
18    he helped us get control of his arms, I think.
19 Q  Did you see Officer Madaj --
20 A  He might have pinned his head down. I don't know.
21 Q  Did Officer Madaj utilize any devices?
22 A  Yeah. He used his taser drive-stun mode.
23 Q  So that's the mode without the barbs, correct?
24 A  Yes.
25 Q  How many times did Officer Madaj use the taser?

Page 84

1  A  I don't know.
2  Q  Do you know where Officer Madaj used the taser?
3  A  I think he used it on his back.
4  Q  Do you know where on the back?
5  A  I don't know. Maybe his arm. He was on the upper side
6     of his body, so --
7  Q  Do you remember what arm?
8  A  No.
9  Q  Do you remember how many times he tried to apply the
10    taser?
11 A  No.
12 Q  Was it more than once?
13 A  I think so.
14 Q  Was it more than twice?
15 A  I don't know.
16 Q  So you said that once you got Bobby Merrill's left hand
17    cuffed, you tried working on the right hand, right?
18 A  Yes.
19 Q  And then once you got the right hand cuffed, you had to
20    use -- you essentially had to use two sets of cuffs
21    because his shoulders were so broad, right?
22 A  Right.
23 Q  Okay. After you had him cuffed, what happened at that
24    point?
25 A  Then he still -- he still was resisting, so I helped keep

Page 85

1     him pinned down.
2  Q  How did you keep him pinned down?
3  A  I don't if -- I think I might have put my knee in between
4     his shoulders or held him down with my arm, something
5     like that. You've got to -- I mean, he -- Bobby wasn't
6     my only -- my main focus. I mean, I'm paying attention
7     to -- we're right in the middle of traffic with cars
8     going by, so --
9  Q  Cars were still going by at this point?
10 A  Oh, yeah.
11 Q  At some point, were you able to effect compliance?
12 A  No.
13 Q  All right. So were you able to keep him pinned down as
14    you tried to keep him pinned down?
15 A  Yes. Once he was cuffed behind the back, we were able to
16    somewhat gain control of him. But, I mean, he was still
17    fighting the whole time.
18 Q  Was he saying anything?
19 A  Yeah.
20 Q  What was he saying?
21 A  I mean, excuse my language, but he's, like, saying that
22    we were fucking him in the butt and just crazy stuff.
23 Q  Okay.
24 A  Or asking us to or -- I don't know. It was something --
25    something wild.

(Pages 82 to 85)

Page 86

1  Q  Were there any other people around while this was going
2     on?
3  A  Besides us officers?
4  Q  Yes.
5  A  As this went on farther, there was starting to be people
6     that were crowding around from different directions,
7     different sides.
8  Q  And were they crowding immediately around you, or were
9     they staying a respectable distance back?
10 A  They were starting to come in a little bit close. We had
11    to tell them to go -- to move back.
12 Q  Were they coming into the street, or were they staying on
13    the sidewalks?
14 A  They were starting to come into the streets.
15 Q  Okay. And who told them to stay back?
16 A  I know I was. I think some other officers were, too. I
17    was getting a little bit concerned about that.
18 Q  Right.
19 A  I didn't want them to get hit by a car. I mean, a lot of
20    them -- there were some saying, "Hey, Bobby, knock it
21    off. Just do what they say. Stop fighting. Stop
22    fighting."
23       Then there was other people that were angry
24    about it. So, I mean, you didn't know who you had behind
25    your back, so...

Page 87

1  Q  All right. Did you end up restraining Bobby in any other
2     way other than with the handcuffs?
3  A  I didn't. But the other officers, they used a rope for
4     his -- wait, they cuffed his feet, I think.
5  Q  So are you saying that his feet were bound at some point?
6  A  Yes.
7  Q  Do you remember how his feet were bound?
8  A  Gosh. You know, I think it was through cuffs. Or, wait,
9     maybe was through a rope. You know what? I don't
10    remember.
11 Q  Do you remember seeing a rope?
12 A  Yeah.
13 Q  What kind of rope was it?
14 A  It was a specific rope for animal control is what it was.
15 Q  For animal control?
16 A  Yeah. It was to -- it was like a dog leash.
17 Q  Do you remember what color it was?
18 A  I want to say it was red. But I don't know why I say
19    that. I don't -- I think it was red.
20 Q  Was this something that's police issued?
21 A  No, not through the police department.
22 Q  Do you remember -- do you know where it came from?
23 A  No. But I'm sure it came from Animal Control, because
24    that's what it looks like.
25 Q  Do you remember how the leash was used?

Page 88

1  A  Bobby had two sets of cuffs behind his back. He had
2     another set of cuffs hanging from the middle of the two
3     cuffs that were cuffed together hanging down, and that
4     rope was attached to that hanging set of cuffs. And then
5     how they bound his feet, I don't remember exactly, but --
6     or how they had his feet together, were attached to
7     that -- to that rope.
8  Q  Okay. So the rope was attached to a set of handcuffs
9     that was attached to the cuffs binding his wrists
10    together?
11 A  Yeah. Yes.
12 Q  And you're not sure how his feet were bound, but the rope
13    was going from that last set of cuffs down to his feet
14    area?
15 A  Yes.
16 Q  Okay. Do you remember how taut that connection was?
17 A  What's taut?
18 Q  Do you remember if there was any slack?
19 A  Oh, yeah, there was slack.
20 Q  How much slack was there?
21 A  Enough where you could stand up and walk.
22 Q  Do you remember, if he were standing straight up, if it
23    was sort of, again, completely tight, or if it was
24    hanging down?
25 A  It was hanging down.

Page 89

1  Q  Do you remember about how far it was hanging down?
2  A  No. I don't remember exactly. But he wouldn't get up
3     for us, so we had to pick him up. And, you know, we
4     stood him up, and I remember that there was slack there.
5        MR. REISING: Counsel, can we take a break?
6        MR. BRUNETTI: Sure.
7        (Discussion off the record. Recess taken
8        at 2:33 p.m. Deposition resumed at or
9        about 2:46 p.m.)
10 Q  (BY MR. BRUNETTI) All right. Prior to our break, we had
11    been talking about the manner in which Bobby Merrill was
12    restrained. You had indicated that he was cuffed with
13    two sets of cuffs behind his back, but there was a third
14    set of cuffs running down to the dog leash, and the dog
15    leash was running down to his feet, was bound to his feet
16    in some way, correct?
17 A  Yes.
18 Q  All right. And you said that there was slack between
19    the dog leash and, essentially, the back of his legs,
20    right?
21 A  Yes.
22 Q  All right. You also testified that Bobby Merrill
23    wouldn't get up, that you had to get him up, correct?
24 A  Yes.
25 Q  How did you have to -- well, let me ask you this: Did

Page 90

1  you ask him to get up?
2       MR. REISING: Did this witness ask him?
3       MR. BRUNETTI: Yes.
4       MR. REISING: Okay.
5       THE WITNESS: I don't know that I asked him. I
6  know someone did. Maybe I did.
7  Q  (BY MR. BRUNETTI) Right after he was bound, okay, right
8     after he's cuffed and secured, how many of the officers
9     out of the four of you were there?
10 A  All of us.
11 Q  So you were all standing around him right there?
12 A  Yes.
13 Q  All right. Do you know who asked him to get up?
14 A  No.
15 Q  But did you hear somebody ask him to get up?
16 A  I might have even asked him to. I don't -- it wasn't
17    really significant. I can't remember.
18 Q  But do you know for sure that someone asked him to get
19    up?
20 A  I'm sure, yeah, somebody or -- or myself asked him.
21 Q  But you don't know if it was you?
22 A  Right.
23 Q  And you don't remember if somebody else did?
24 A  Right.
25 Q  Okay. Regardless, Bobby didn't get up, right?

Page 91

1  A  Right.
2  Q  So what did you guys do after he didn't get up?
3  A  We lifted him up.
4  Q  Who lifted him up?
5  A  Myself and the other officers.
6  Q  So you actually took part in lifting him up?
7  A  Yes.
8  Q  How did you -- where -- what part of his body did you
9     grab?
10 A  I think that I lifted him up under -- by his arm, if I
11    recall correctly. I just remember he was like dead
12    weight, you know. He was really making it hard for us to
13    pick him up.
14 Q  When you lifted him up by his arm, do you know which arm
15    you were trying to grab?
16 A  His left I think. It's hard for me to remember that.
17 Q  Okay. And did you grab him by his arm? Did you grab him
18    like under the armpit?
19 A  I would think I would grab him under the armpit.
20 Q  Do you know what other officers tried to pick him up?
21 A  I think everybody played a part in trying to help him off
22    the ground.
23 Q  Do you remember who was grabbing him where?
24 A  No.
25 Q  But you know that you were trying to grab him under one

Page 92

1     of his arms?
2  A  Yeah, I think so.
3  Q  Were you guys able to get him up?
4  A  Yes.
5  Q  Were you able to get him up to his feet?
6  A  Yes.
7  Q  When you got him to his feet, was he standing?
8  A  At some point in time he did, but I remember him pulling
9     -- curling his feet back, you know, just to have us hold
10    him instead of him standing on his own.
11 Q  So you're saying that when you lifted him up, he was
12    curling his feet back?
13 A  At some point in time, he did. He dropped his weight.
14 Q  But you know his feet were curling back?
15 A  Yeah. They didn't curl forward.
16 Q  Is that a yes?
17 A  Yes.
18 Q  So, regardless, at that point he wasn't standing?
19 A  At some point in time, he was but --
20 Q  Okay. Were you able -- was he able to walk to the car?
21 A  He was able, but he didn't.
22 Q  He didn't walk to the car?
23 A  I don't think he did, no.
24 Q  How did he get to the car?
25 A  We moved him.

Page 93

1  Q  When you say "we," who are you referring to?
2  A  Me and the other officers that were there. I think
3     everybody had a hold of him somewhere.
4  Q  Okay. At the point that you moved him to the car, what
5     part of his body did you have a hold on?
6  A  I think his left side somewhere.
7  Q  So you think you're on his left side?
8  A  Yeah, because I think I moved. When the car door of the
9     patrol unit was opened, I kind of got in the way so that
10    I couldn't really do anything anymore.
11 Q  Okay. Do you remember who was on his right side?
12 A  I know Madaj, Officer Madaj, was somewhere around on that
13    side there.
14 Q  Do you remember who was behind him?
15 A  No.
16 Q  Okay. How did you guys physically move him from that
17    spot to the car?
18 A  From lifting him up off the ground to the car?
19 Q  Right. We've already indicated that you guys had to lift
20    him up, right?
21 A  Yes.
22 Q  And that he wasn't going to walk to the car?
23 A  Right.
24 Q  So, when you wanted to get him to the car, how did you
25    physically get him to the car?

(Pages 90 to 93)

Page 98

1  there and Officer Severs.
2  Q  Do you know how they were able to get it shut?
3  A  I don't know. They probably pushed his feet in and shut
4     the door. I'm not sure.
5  Q  What did you guys do after you were able to get him in
6     the car?
7  A  We moved the car out of the road because it was right in
8     the middle of the road.
9  Q  Where was the car moved to?
10 A  I think it was -- well, I know it was moved onto Gilmore
11    Street.
12 Q  Who moved the car?
13 A  I think Officer Wietecha did. We might have had to
14    shuffle a couple cars. Because my car was here, and
15    Officer Severs' car was there. I don't know if he fit in
16    between them or -- I don't -- I don't think I moved my
17    car. Somebody might have moved my car, though.
18 Q  Okay. But, regardless, you know the car that Bobby
19    Merrill was in was moved to Gilmore Street?
20 A  Right. Yep.
21 Q  And you know --
22 A  Yes.
23 Q  -- that Officer Wietecha moved that car, correct?
24 A  I guess I don't know that for sure. I think he did,
25    though.

Page 99

1  Q  Okay. So Bobby Merrill's in the back seat. Did he still
2     have taser barbs and leads on his person?
3  A  I think Officer Madaj took those out while we were --
4     while he was still on the ground. When he got
5     restrained, I think Officer Madaj pulled them out.
6  Q  Okay. What did you do after Wietecha's car was moved to
7     Gilmore?
8  A  We had some people starting to crowd, wanting to come
9     into the scene.
10 Q  Yeah.
11 A  So I went to the corner of Gilmore and Washington and
12    kept people back. They kept wanting to come in. "What's
13    going on?"
14 Q  Did you talk to any of these people?
15 A  Yeah.
16 Q  Did you get statements from any of these people?
17 A  I did from one person.
18 Q  Do you remember who that statement was from?
19 A  Yeah. Actually, Bobby Merrill's sister I spoke to.
20 Q  What's her name?
21 A  It's in my -- Stephanie Burton, I think. I have it in my
22    report. I think it's Burton, yeah.
23 Q  Is that the only person that you took a statement from?
24 A  No. I didn't -- I mean, I guess I didn't per se take
25    statements. But I had conversations with people there.

Page 100

1  Q  Every person --
2  A  I mean, I was part of the incident, so, I mean, I can't
3     really be taking statements from people.
4  Q  Right. Every person that you talked to, did you put
5     their names in your report?
6  A  No.
7  Q  Why didn't you put their names in your report?
8  A  Because some people I didn't know their names.
9  Q  How many people that you talked to did you know the names
10    of?
11 A  Two.
12 Q  And one was Stephanie?
13 A  Well, I guess I didn't. One. I spoke to Bobby Merrill's
14    mother, though. I didn't know her name.
15 Q  Okay. But you still -- and Stephanie Burton was the only
16    person that -- is the other person that you knew?
17 A  That she gave me her name, yes.
18 Q  Okay. Did you speak with anyone else who gave you their
19    name?
20 A  I don't believe so, no.
21 Q  Okay. Were you able to control the scene after Bobby
22    Merrill's car was moved to -- the car that he was in was
23    moved to Gilmore?
24 A  Yes. But I wouldn't have wanted to leave my post because
25    I think people would have probably came in.

Page 101

1  Q  Okay. What was the atmosphere at that time?
2  A  People were pretty -- people were upset and hooting and
3     hollering and wondering what was going on more than
4     anything. Gawkers. It sounded -- I had the impression
5     that the people who witnessed the incident knew Bobby
6     Merrill, so they had contacted his family and family had
7     come down there wondering what was going on.
8  Q  Had you ever had contact with Bobby Merrill before?
9  A  I don't believe I have. He didn't look familiar, and his
10    name didn't look familiar. I could have, but nothing
11    that I remember.
12 Q  So you didn't recognize him when you interacted with him?
13 A  No.
14 Q  Did anything happen that drew your attention back to the
15    car that Bobby Merrill was in after he was secured and
16    the car was moved?
17 A  Yeah. I was talking to somebody, and they were like --
18    they pointed over and said, "Oh, my God, he's --
19    something's wrong with him." And I looked back, and I
20    seen that the officers and MMR were performing CPR on
21    him.
22 Q  Okay. And is that the first time that you knew that
23    something was going on?
24 A  Yeah. I didn't know --
25 Q  About how long after he had been secured in the car did

(Pages 98 to 101)

Page 134

1  "Please admit that Defendant Officer Brian
2  Guest deployed his taser on the decedent, Bobby Merrill,
3  without first providing warning or notification." That
4  was denied as untrue.
5      Are you saying here that you're admitting that
6  you didn't give him a warning you were going to tase him?
7  A  Let me read that again.
8      My notification was, "Get on the ground."
9  Q  Well, that was notification to get on the ground, but
10     that wasn't notification you were going to deploy your
11     taser, right?
12 A  To me, it was.
13 Q  But you didn't specifically say --
14 A  I don't think I did. No, I don't think I'd say, "Get on
15     the ground or I'm gonna taser you."
16 Q  Okay. But you told him to get on the ground?
17 A  Right.
18 Q  All right. But you didn't -- you never told him, "I'm
19     going to deploy my taser"?
20 A  I don't remember. I might have. I don't remember.
21 Q  Okay.
22 A  I remember saying, "Get on the ground." In the heat of
23     the moment, there's a lot of things that are said.
24     Sometimes you can't exactly remember. I wish I had a
25     tape recorder or something.

Page 135

1  Q  Prior to the time that you tasered Bobby Merrill, when
2     you're standing there holding your taser at him, was he
3     committing a crime?
4  A  Yes.
5  Q  What was he committing?
6  A  Resist and obstruct a police officer.
7  Q  Anything else?
8  A  No, that's it.
9  Q  That's it. Okay.
10     MR. REISING: R&O, right?
11     THE WITNESS: Right.
12     MR. REISING: Thank you.
13 Q  (BY MR. BRUNETTI) When you secured... hold on one
14     second.
15     When you handcuffed Bobby Merrill's hands
16     behind his back, was he lying on the ground?
17 A  Yes.
18 Q  Okay. I'd like you to look at Request to Admit Number
19     14.
20 A  Okay.
21 Q  "Please admit that Defendant Officer Brian Guest
22     handcuffed Bobby Merrill's hands behind his back as he
23     was laying on the ground.
24     "Denied as untrue."
25     Are you saying he was lying on the ground when

Page 136

1  he was handcuffed?
2  A  Yeah, I did handcuff him while he was laying on the
3     ground.
4  Q  So, then, this is inaccurate?
5  A  Yeah, that is.
6  Q  Okay.
7  A  I mean, he was on the ground. He wasn't laying like a
8     nice guy, but he was on the ground.
9  Q  And when you and the other officers took physical custody
10     of Bobby Merrill, okay, in the manner in which you cuffed
11     him, the manner in which you took custody of him, was
12     that consistent with the policies and procedures of the
13     Saginaw Police Department?
14 A  Yes.
15 Q  Did anything -- anything that you did, was anything
16     inconsistent with the policies and procedures of the
17     Saginaw Police Department?
18 A  No.
19 Q  All right. So everything was consistent?
20 A  Yes.
21 Q  All right. I would like you to look at Number 17.
22     "Please admit that Defendant Officer Brian
23     Guest took physical custody of Bobby Merrill in a manner
24     consistent with official policies and protocols of the
25     Saginaw Police Department."

Page 137

1      Do you see that?
2  A  Yes.
3      MR. REISING: It should say yes.
4  Q  (BY MR. BRUNETTI) And your answer is, "Denied as
5     untrue"?
6      MR. REISING: That's my mistake.
7      MR. BRUNETTI: That's your mistake? Okay.
8      MR. REISING: It should be yes.
9  Q  (BY MR. BRUNETTI) So you're saying that you did
10     take custody of him in a manner consistent with the
11     Saginaw Police Department --
12 A  Yes.
13 Q  Okay.
14     MR. REISING: I apologize, Counsel.
15     MR. BRUNETTI: Can I have this marked and
16     admitted as Exhibit 1.
17     (Deposition Exhibit Number 1 was marked
18     for identification by the reporter)
19     MR. BRUNETTI: I have no further --
20     MR. REISING: Let me make sure I'm reading that
21     correctly.
22     Yes, that should be -- Number 17 is my error.
23     It should be "Admitted".
24     MR. BRUNETTI: Okay.
25     MR. REISING: I apologize.

(Pages 134 to 137)

```
                                              Page 138
1          MR. BRUNETTI:  No further questions.
2          MR. REISING:  And I have no questions of the
3    witness.
4          You're all done.
5          THE WITNESS:  All right.
6          MR. BRUNETTI:  All set.
7          (Deposition adjourned at 3:41 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

(Page 138)

1  CERTIFICATE OF NOTARY PUBLIC.

2

3  DEPONENT:  OFFICER BRIAN D. GUEST          (STATE OF MICHIGAN)
   RECORDED:  November 21, 2013              (       SS         )
4  LOCATION:  Saginaw, Michigan              (COUNTY OF GENESEE)

5
                    Being a Notary Public duly
6  commissioned and qualified in and for the State of Michigan at
   Large, I do hereby certify that pursuant to notice there came
7  before me the deponent herein, who was by me first duly sworn
   to testify to the truth and nothing but the truth touching and
8  concerning the matters in controversy in this cause.

9
                    Being thereupon carefully examined
10 under oath, said examination was recorded stenographically and
   was later reduced to transcription under my supervision; said
11 transcription being a true record of the testimony given by
   the witness.
12

13                  I further certify that I am neither
   attorney or counsel for, nor related to or employed by any of
14 the parties to the action in which this deposition was taken;
   and further, I am not a relative or employee of any attorney
15 or counsel employed by the parties hereto or financially
   interested in the action.
16

17                  IN WITNESS WHEREOF, I have hereunto
   subscribed my signature this 29th day of November, 2013.
18

19

20                      David S. Ripka, CSR-2175

21

22 MY COMMISSION EXPIRES:
   December 29, 2015
23

24

25

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660

email: rba@ripkaboroski.net
Firm Registration No. 008139