# EXHIBIT 7

```
05/31/2012  13:47   9897926053        SAGCO MEDICAL EXAMNR              PAGE  12
```

**\*\* DO NOT RELEASE \*\***
**CONFIDENTIAL INFORMATION**

REFER REQUESTS FOR
ADDITIONAL COPIES TO MEDICAL
EXAMINER'S OFFICE (989) 792-6052

SAGINAW COUNTY
MEDICAL EXAMINER'S OFFICE

AUTOPSY REPORT

*[handwritten: 2012-256 MSP Prosecutor Office — SM 14-27-1]*

NAME: BOBBY MERRILL JR.                      CASE NUMBER: S12-73

AGE: 38 Years          GENDER: Male          RACE: Black

DATE OF DEATH: April 10, 2012, 5.11 PM

PLACE OF DEATH: St. Mary's Hospital, Saginaw

DATE OF AUTOPSY: April 11, 2012, 12.00 PM

PLACE OF AUTOPSY: Covenant HealthCare-Harrison, Saginaw

AUTOPSY ASSISTANT: Mike Szczesniak

WITNESSES: Randy Mudd, Saginaw City PD
           D/Sgt. Rivard, Dennis Proulx and
           TPR. Asbridge, MSP

## AUTOPSY FINDINGS

I: Drug intoxication with

  A: Presence of Alcohol, Cocaine and Cocaethylene in blood
  B: Pulmonary edema and congestion

II: Electromuscular dissociation device application with

  A: Fresh needle marks; right flank and right thigh

## OPINION

==Bobby Merrill Jr. died of drug intoxication.== He was having erratic behavior and jumping on vehicles when police were called. During the process of subdue, an electromuscular dissociation device was applied. There are no other physical injuries contributing to his death. The manner of death is undeterminable (drug abuse).

2

**BOBBY MERRILL JR.**

### EXTERNAL EXAMINATION

The body is that of a black male, 67 inches, about 250 lb, normally developed, moderately obese, and with an appearance consistent with the stated age of 38 years. The body is nude.

The body is cold. Rigor mortis is fully developed; livor mortis is purple, fixed, and dorsal.

Scalp hair is black and curly, measuring up to ½ inch. The head and face are unremarkable. The irides are brown. The corneas are transparent. The scleras are white. Conjunctivae are congested, however without petechiae or hemorrhage. The teeth are natural. The nostrils, mouth, and ears are unremarkable. Short trimmed beard and mustache are present. The neck is without external visible trauma. The chest is symmetrical and barrel shaped. The abdomen is protuberant. The penis is circumcised and the testes are in the scrotum. All extremities are symmetrical. The back is unremarkable.

**SCAR:** A short scar is present on umbilicus. 1 inch scar is present on left side of the lower chest. 1 ½ inch scar is present on right ankle. ½ inch scar is present on upper back. Slightly pigmented scars are present on left gluteal area.

**TATTOO:** Tattoos are present on both upper arms.

**EVIDENCE OF THERAPY:** An endotracheal tube is present in mouth and trachea. A nasogastric tube is present in mouth and stomach. Vascular lines are present in right femoral area and left side of the neck. An Intraosseous line is present in left tibia. A catheter is present in urethra.

**EVIDENCE OF INJURY:** A small superficial puncture wound is present in right flank and similar wound is also present on postero-lateral portion of right thigh. These wounds are 14 ½ inches apart. The injury is limited to skin and subcutaneous adipose tissue only.

Two small abrasions are present on lateral surface of left upper arm. Two small linear abrasions are present in lateral portion of left antecubital fossa.

BOBBY MERRILL JR.    3

## INTERNAL EXAMINATION

**BODY CAVITIES**: The chest cavities, pericardial sac, and peritoneal cavity are empty. Serosal surfaces are smooth.

**HEAD AND BRAIN**: There are no hemorrhages in the scalp. The skull is intact. There are no epidural, subdural or subarachnoid hemorrhages. The brain weighs 1378 gm. The brain is dusky. The meninges are thin and transparent. The gyri and sulci are normal and symmetrical. Brain edema is not present. The cerebral cortex is uniform. The white matter is without focal lesion. Basal ganglia, mammillary body and hippocampi are without abnormality. The ventricles are normal, containing clear cerebro-spinal fluid. The major blood vessels at the base of the brain are intact and normal. The brain stem and cerebellum are without focal abnormalities. Substantia nigra has adequate pigmentation.

**NECK ORGANS**: There are no hemorrhages in the neck muscles or soft tissue. The laryngeal cartilages, hyoid bone, and cervical vertebrae are intact. The larynx and pharynx are unremarkable. There are no laryngeal edemas or upper airway obstructions. The carotid arteries and jugular veins are patent and normal.

**CARDIOVASCULAR SYSTEM**: The heart weighs 436 gm. The coronaries are normally distributed with right dominant circulation. There are no arteriosclerotic or thrombotic occlusions of the coronaries. The myocardium has brown appearance. Myocardial fibrosis and acute myocardial infarctions are not present. There is mild left ventricular hypertrophy. Left ventricle measures 1.7 cm and right ventricle measures 0.5 cm in thickness. The endocardium is smooth. The cardiac chambers are mildly dilated. The tricuspid valve has 12.5, pulmonic 8.0, mitral 11.0 and aortic 7.5 cm circumference. The aorta, and its major branches and veins, are normal and patent.

**RESPIRATORY SYSTEM**: The right lung weighs 467 gm and the left lung weighs 397 gm. Pulmonary edema and congestion are present. The upper and lower airways are unobstructed. Respiratory mucosa is smooth and intact. The pulmonary arteries are patent and without emboli. There are no focal abnormalities or acute pneumonia in the lungs.

4
**BOBBY MERRILL JR.**

**DIGESTIVE SYSTEM**: The tongue and esophagus are normal. The stomach contains about 20 cc of red thin liquid. There are no mucosal lesions or hemorrhages in the esophagus, stomach, or duodenum. The intestines, appendix, and pancreas are normal. There are no contusions or lacerations of the mesentery.

**LIVER**: The liver weighs 2435 gm and its surface is smooth. The parenchyma has brown appearance. There is no fatty degeneration or focal abnormalities. The gallbladder contains about 10 cc of bile. There are no gallstones. The common bile duct is patent.

**SPLEEN**: The spleen weighs 111 gm. The capsule is intact. The parenchyma is normal.

**GENITO-URINARY SYSTEM**: The right kidney weighs 167 gm and left kidney weighs 158 gm. The capsules are easy to separate and subcapsular surfaces are smooth. The renal cortex is uniform. Cortico-medullary demarcation is distinct. There are no focal abnormalities in the renal parenchyma. The caliceal system and ureters are patent with smooth mucosa. The urinary bladder is empty. The bladder mucosa is smooth and intact. The prostate is normal.

**ENDOCRINE SYSTEM**: The pituitary, thyroid, and adrenals are unremarkable.

**LYMPH NODES**: There are small lymph nodes in the hilum of both lungs and mediastinum.

**MUSCULO-SKELETAL SYSTEM**: The bones are intact and without natural disease. All muscles are normal.

Femoral blood is obtained for toxicology. Autopsy photographs, head hair samples and brain samples are obtained by the Police Department.

## MICROSCOPIC EXAMINATION

**HEART**: Mild myocyte hypertrophy is present. Acute myocardial necrosis or myocarditis is not identifiable. The coronaries are without arteriosclerosis or thrombosis.

5

BOBBY MERRILL JR.

**LUNGS**: There is severe acute septal congestion. Some alveoli contain edema fluid and pigment laden macrophages. Mild chronic inflammation is present in bronchi with thickening of the basement membrane. Acute pneumonia is not present. There is acute congestion in submucosa of the trachea.

**LIVER**: Mild to moderate fatty degeneration is present in hepatocytes. There is acute congestion of the sinusoids. The portal triads are unremarkable.

**BRAIN**: The neurons in cerebral cortex, hippocampus and cerebellum are without acute hypoxic changes. Acute or chronic inflammation is not present in the meninges or perivascular spaces of cerebrum.

Sections of spleen, kidneys, stomach, colon, appendix, pituitary, thyroid and adrenal are unremarkable. There is acute congestion in the submucosa of the epiglottis. Autolysis is present in small intestinal mucosa and pancreas.

KANU VIRANI, M.D.
Consulting Forensic Pathologist
5-1-12

Case Number: S12-73
Died at:
Date & Time:
Pronounced at: St. Mary's 5:11 PM
Date & Time: 4-10-12
Injury at: S. Washington & Gilmore Sag
Date & Time: 4-10-12  4:18 PM
Brief Circumstances:
Taser - used  4:15 PM
Cocaine

Date & Time of Autopsy: 4-11-12, 12-50 PM
Location: CHC
Name: BOBBY MERRILL Jr
Age: 38 (8-3-73) BM
Ht & Wt: 67" @ 250 lb
Rigor: Full
Livor: Dorsal Fx
Hairs: Blk Curly ½"
Eyes: Br n cnj
Teeth: was S a 7
None



03/31/2012  13:47  5057520055  SAGOO MEDICAL EXAMNR  PAGE  18

Case Number: 512-73
Autopsy assistant: Mike S.
Witness: Randy Hall, D/Sgt Rivard, D/Sgt Procule, TPL Asbridge/Mgt.

Rt. Chest:
Lt Chest: (empty)
Paricardial:
Peritoneal:
Serosal surfaces: scant

Head: cl
Skull: intact cl
Brain: 1378 Dusky cl

Neck: cl  post Neck cl

Heart: 436   TV: 12.5   PV: 8.0   MV: 11-   AV: 7.5
Coronaries: pt ⊘

RC: cl      LM: cl      LAD: cl      LC: cl

LV: 1.7   RV: 0.5   Myocardium: cl

Aorta: cl

Rt Lung: 467 / Edema & Cong
Lt Lung: 397
Trachea: cl

Tongue: cl to Bite           Esophagus: cl
Stomach: @ 20 cc Red Liq
Intestines: cl                        Pancreas: cl
Appendix: fus

Liver: 2435 RL cl
Gall Bladder: 10 cc         CBD: T

Spleen: 111  cl             Thymus:

Rt Kidney: 167 / smooth
Lt Kidney: 158 / smooth
Bladder: empt
Prostate: cl           Uterus & Ovaries: (struck)

Lymph Nodes: R & M or S

Pituitary: cl      Thyroid: cl      Adrenals: cl

M.S: cl

Tox: Fem Blood
Evidence: photos, Head Hair samples, RRCath for Taser conf.
COD: PENDING (Tox/

05/31/2012 13:47 9897926653 SAGCO MEDICAL EXAMNR PAGE 19



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

[COPY]

**Toxicology Report**  rec'd 4-27-12
Report Issued   04/27/2012 11:02

To:  10217
Saginaw County Medical Examiner's Office
Attn: Kanu Virani, M.D.
111 S Michigan Ave-Lower Level
Saginaw, MI  486025395

Patient Name  MERRILL, BOBBY
Patient ID  S12-073
Chain  11256954
Age  38 Y
Gender  Male
Workorder  12127825
Page 1 of 4

2012-256
—SM 4-27-63
MSP-Bay City
Post

**Positive Findings:**

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Ethanol | 31 | mg/dL | Peripheral Blood |
| Blood Alcohol Concentration (BAC) | 0.031 | g/100 mL | Peripheral Blood |
| Caffeine | Positive | mcg/mL | Peripheral Blood |
| Cocaine | 540 | ng/mL | Peripheral Blood |
| Cocaethylene | 87 | ng/mL | Peripheral Blood |
| Benzoylecgonine | 1300 | ng/mL | Peripheral Blood |

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem Toxicology - Expanded, Blood (Forensic) |

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 9 mL | 04/11/2012 12:00 | Peripheral Blood | |
| 002 | Gray Top Tube | 9 mL | 04/11/2012 12:00 | Peripheral Blood | |

All sample volumes/weights are approximations.
Specimens received on 04/18/2012.

v.8

**NMS LABS**

CONFIDENTIAL

Workorder 12127825
Chain 11256954
Patient ID S12-073

Page 2 of 4

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol | 31 | mg/dL | 10 | 001 - Peripheral Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.031 | g/100 mL | 0.010 | 001 - Peripheral Blood | Headspace GC |
| Caffeine | Positive | mcg/mL | 0.10 | 001 - Peripheral Blood | GC/MS |
| Cocaine | 540 | ng/mL | 20 | 001 - Peripheral Blood | GC/MS |
| Cocaethylene | 87 | ng/mL | 20 | 001 - Peripheral Blood | GC/MS |
| Benzoylecgonine | 1300 | ng/mL | 50 | 001 - Peripheral Blood | GC/MS |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Peripheral Blood | Headspace GC |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. **Benzoylecgonine (Cocaine Degradation Product) - Peripheral Blood:**

    Benzoylecgonine is an inactive metabolite and chemical breakdown product of cocaine. Cocaine is a DEA Schedule II controlled central nervous stimulant drug. Effects following cocaine use can include euphoria, excitement, restlessness, risk taking, sleep disturbance, and aggression. A period of mental and physical fatigue and somnolence follow the use of cocaine after the excitant-stimulant effects wear off. Benzoylecgonine has a half-life of 6 to 10 hours. The average blood benzoylecgonine concentration in 906 impaired drivers was 1260 ng/mL (range 5 - 17600 ng/mL). Benzoylecgonine blood concentrations in patients admitted to an emergency room for cocaine related medical complaints were 1280 ng/mL (SD = 1290 ng/mL). Benzoylecgonine concentrations in plasma following oral administration of 2 g/day of cocaine over 6 days, averaged 4900 ng/mL. The average blood benzoylecgonine concentration in 37 cocaine related fatalities was 7900 ng/mL (range 700 - 31000 ng/mL).

2. **Caffeine (No-Doz) - Peripheral Blood:**

    Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

    Following the oral ingestion of 120 and 300 mg of caffeine, reported peak plasma concentrations of the drug averaged 3.0 mcg/mL (range. 2.0 - 4.0 mcg/mL) and 7.9 mcg/mL (range. 6.0 - 9.0 mcg/mL), respectively. A single oral dose of 500 mg produced a reported peak plasma concentration of 14 mcg/mL after 30 min.

    Reported concentrations of caffeine in caffeine-related fatalities averaged 183 mcg/mL (range. 79 - 344 mcg/mL).

    The reported qualitative result for this substance is indicative of a finding commonly seen following typical use and is usually not toxicologically significant.

3. **Cocaethylene (Cocaine/Ethanol By-Product) - Peripheral Blood:**

    Cocaethylene is a transesterification artifact formed in vivo when cocaine and alcohol are in the circulation at the same time. It is an active metabolite with activity equal to or greater than that of cocaine.



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 12127825 |
| Chain | 11256954 |
| Patient ID | S12-073 |

Page 3 of 4

### Reference Comments:

4. **Cocaine - Peripheral Blood:**

   Cocaine is a DEA Schedule II controlled central nervous stimulant drug. Effects following cocaine use can include euphoria, excitement, restlessness, risk taking, sleep disturbance, and aggression. A period of mental and physical fatigue and somnolence follow the use of cocaine after the excitant-stimulant effects wear off. Cocaine is metabolized to the inactive compounds benzoylecgonine, ecgonine methyl ester, and ecgonine. Benzoylecgonine and ecgonine methyl ester can form from cocaine breakdown after death and even after sample collection. The average blood cocaine concentration in 906 impaired drivers was 87 ng/mL (range 5 - 2390 ng/mL). Blood cocaine concentrations in patients admitted to an emergency room for cocaine related medical complaints were 260 ng/mL (SD = 500 ng/mL). Cocaine concentrations in plasma following oral administration of 2 g/day over 6 days, averaged 1260 ng/mL. The average blood cocaine concentration in 37 cocaine related fatalities was 4600 ng/mL (range 40 - 31000 ng/mL). (See also Benzoylecgonine).

5. **Ethanol (Ethyl Alcohol) - Peripheral Blood:**

   Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples. The blood alcohol concentrations (BAC) can be expressed as a whole number with the units of mg/dL or as a decimal number with units of g/100 mL which is equivalent to % w/v. For example, a BAC of 85 mg/dL equals 0.085 g/100 mL or 0.085% w/v of ethanol.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 12127825 was electronically signed on 04/27/2012 10:01 by:

*Susan B. Crookham*

Susan Crookham,
Certifying Scientist

### Analysis Summary and Reporting Limits:

Acode 50014B - Cocaine and Metabolites Confirmation, Blood (Forensic) - Peripheral Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Benzoylecgonine | 50 ng/mL | Cocaine | 20 ng/mL |
| Cocaethylene | 20 ng/mL | | |

Acode 52250B - Alcohols and Acetone Confirmation, Blood (Forensic) - Peripheral Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 8052B - Postmortem Toxicology - Expanded, Blood (Forensic) - Peripheral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Benzodiazepines | 100 ng/mL | Cocaine / Metabolites | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Opiates | 20 ng/mL |

v.8



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 12127825 |
| Chain | 11256964 |
| Patient ID | S12-073 |

Page 4 of 4

### Analysis Summary and Reporting Limits:

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Salicylates | 120 mcg/mL | | |

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Buprenorphine / Metabolite | 0.50 ng/mL | | |

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for: The following is a general list of compound classes included in the Gas Chromatographic screen. The detection of any particular compound is concentration-dependent. Please note that not all known compounds included in each specified class or heading are included. Some specific compounds outside these classes are also included. For a detailed list of all compounds and reporting limits included in this screen, please contact NMS Labs.

Amphetamines, Analgesics (opioid and non-opioid), Anesthetics, Anticholinergic Agents, Anticonvulsant Agents, Antidepressants, Antiemetic Agents, Antihistamines, Antiparkinsonian Agents, Antipsychotic Agents, Anxiolytics (Benzodiazepine and others), Cardiovascular Agents (non-digitalis), Hallucinogens, Hypnosedatives (Barbiturates, Non-Benzodiazepine Hypnotics and others), Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents (excluding Salicylate) and Stimulants (Amphetamine-like and others).

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

v.8