*Dorothy Anderson and Demariquin Merrill, as Co-Personal Representatives of the Estate of Bobby Merrill, deceased*
*v.*
*Officer Jeff Madaj, Officer Justin Severs, Officer Brian Guest, Officer Steven Wietecha*

## Index of Exhibits for Plaintiff's Response to Defendant's Motion for Summary Judgment

1. Justin Severs' Taser Video
2. Steven Wietecha's Taser Video
3. Brian Guest's Taser Video
4. Jeff Madaj's Taser Video
5. I phone Video from Witness
6. Taser International Manual Excerpts
7. Thomas Hariter's Deposition Transcript
8. Justin Severs' Deposition Transcript
9. Steven Wietecha's Deposition Transcript
10. Jeff Madaj's Deposition Transcript
11. Brian Guest's Deposition Transcript
12. City of Saginaw Dispatch Logs
13. Gabriel Salazar's Deposition Transcript
14. Randy Mudd's Deposition Transcript
15. Michigan State Police Department Incident Report Excerpts
16. Taser Use Logs
17. Use of Force Reports
18. Mobile Medical Response EMS Run Sheet
19. Autopsy Report
20. Dr. Werner Spitz's 8-26-14 Report
21. Dr. Robert Stark's 7-10-14 Report