# EXHIBIT 1-

## Justin Severs' Taser Video