# EXHIBIT 12

```
SAGINAW POLICE DEPARTMENT                                                                                    PAGE:   000001
Date:  04/10/12    Time: 19:46                                                                        Requested By: SUPERVISOR
                                                     I N C I D E N T     R E C A L L

                                                                                                                      Close
Incident         Time   Type   Pri Dispo      Address              Bldg Apt  Callers Name           P-unit           Date/     Operator
                                              Location                       Callers Address                          Time
- - - - - - - - - - - - - - - - - - - - - - - Beat    Team/Dist   Area - - - Callers Phone - - - - - - - - - - - - - - - - - -
=============== ===== ====== === ===== ============================= ===== == ====================  ==============  ========  =======
SA120410017132  16:04  25I   3A   N    HESS&S WASHINGTON AV                 AT&T MOBILITY           SA/26           Active    CD207

                                       3159         4         4


Date      Time
- - - -   - - - -                                                                                       Operator
                                                                                                        - - - - - - - - - -
12/04/10  16:05  Incident Initiated By: CD/207                                                  07      207
12/04/10  16:05  BET EAST AND HESS, BM LSW BLK LEATHER JKT AND JEANS, RUNNING AROUND IN MI      07      207
12/04/10  16:05  DDLE OF RD                                                                     07      207
12/04/10  16:05  Units Recommended                                                                      BREMER, LISA
12/04/10  16:05  ANOTHER CALLER ADVISING HE IS CLOSE TO FUNERAL HOME                            06      ASH, ANDREW
12/04/10  16:06      SA/26        DI        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:06  Officer 1 Name: BGUEST              Officer 2 Name:                                    BREMER, LISA
12/04/10  16:06      SA/720       DI        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:06  Officer 1 Name: JLSEVERS            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:06  Primary unit                           To: SA/26                               04      BREMER, LISA
12/04/10  16:06      SA/720       ON        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:06  Officer 1 Name: JLSEVERS            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:07  Incident type             Fr: 81      To: 25I                                  06      ASH, ANDREW
12/04/10  16:07  Sub-Priority              Fr: 2       To: A                                    06      ASH, ANDREW
12/04/10  16:07      SA/720       OO        location is         WASH/GILMORE                            BREMER, LISA
12/04/10  16:07  Officer 1 Name: JLSEVERS            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:08  TRYING TO JUMP INTO CARS ON THE BACK OF A VEH                                  04      BREMER, LISA
12/04/10  16:10      SA/720       HA        location is         WASH/GILMORE                            BREMER, LISA
12/04/10  16:10  Officer 1 Name: JLSEVERS            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:10      SA/47        DI        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:10  Officer 1 Name: SWIETECHA           Officer 2 Name:                                    BREMER, LISA
12/04/10  16:11      SA/730       DI        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:11  Officer 1 Name: KBRANDON            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:12  ONE SUBJ IN CUFFS                                                              04      BREMER, LISA
12/04/10  16:13      SA/47        OK        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:13  Officer 1 Name: SWIETECHA           Officer 2 Name:                                    BREMER, LISA
12/04/10  16:13      SA/35        DI        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:13  Officer 1 Name: KBUCHOLTZ           Officer 2 Name:                                    BREMER, LISA
12/04/10  16:13      SA/35        OK        location is         HESS&S WASHINGTON AV                    BREMER, LISA
12/04/10  16:13  Officer 1 Name: KBUCHOLTZ           Officer 2 Name:                                    BREMER, LISA
12/04/10  16:14      SA/720       OK        location is         WASH/GILMORE                            BREMER, LISA
12/04/10  16:14  Officer 1 Name: JLSEVERS            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:14      SA/35        C         location                                                    BREMER, LISA
12/04/10  16:14  Officer 1 Name: KBUCHOLTZ           Officer 2 Name:                                    BREMER, LISA
12/04/10  16:14  Disposition                             To: N                                  04      BREMER, LISA
12/04/10  16:15  REQ MMR                                                                        04      BREMER, LISA
12/04/10  16:15      SA/26        OO        location is         WASH/GILMORE                            BREMER, LISA
12/04/10  16:15  Officer 1 Name: BGUEST              Officer 2 Name:                                    BREMER, LISA
12/04/10  16:15      SA/730       C         location                                                    BREMER, LISA
12/04/10  16:15  Officer 1 Name: KBRANDON            Officer 2 Name:                                    BREMER, LISA
12/04/10  16:15  Disposition                             To: N                                  04      BREMER, LISA
12/04/10  16:15  REQ MMR                                                                        04      BREMER, LISA
```

```
SAGINAW POLICE DEPARTMENT                                                                          PAGE:  000002
Date:  04/10/12   Time: 19:46                                                               Requested By: SUPERVISOR
                                              INCIDENT   RECALL
                                                                                                              Close
 Incident       Time  Type   Pri Dispo     Address              Bldg Apt  Callers Name       P-unit           Date/    Operator
                                           Location                       Callers Address                    Time
- - - - - - - - - - - - - - - - - - - -    Beat   Team/Dist  Area - - - - Callers Phone     - - - - - - - - - - - - - -
 12/04/10 16:17        SA/25       DI      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:17 Officer 1 Name: JMADAJ                       Officer 2 Name:                         BREMER, LISA
 12/04/10 16:17        SA/25       ON      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:17 Officer 1 Name: JMADAJ                       Officer 2 Name:                         BREMER, LISA
 12/04/10 16:17 INSIDE HSE CKING                                                       04            BREMER, LISA
 12/04/10 16:18 CLR AIR PER 720                                                        04            BREMER, LISA
 12/04/10 16:21 MMR 1-2 MINS                                                           04            BREMER, LISA
 12/04/10 16:22        SA/25       OK      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:22 Officer 1 Name: JMADAJ                       Officer 2 Name:                         BREMER, LISA
 12/04/10 16:25        SA/309      DI      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:25        SA/713      DI      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:25 Officer 1 Name: SSALAZAR                     Officer 2 Name:                         BREMER, LISA
 12/04/10 16:25        SA/713      ON      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:25 Officer 1 Name: SSALAZAR                     Officer 2 Name:                         BREMER, LISA
 12/04/10 16:26        SA/730      DI      location is       HESS&S WASHINGTON AV                    BREMER, LISA
 12/04/10 16:26 Officer 1 Name: KBRANDON                     Officer 2 Name:                         BREMER, LISA
 12/04/10 16:26 REQ SUPV AND ADDIT UNIT CROWD CONTROL                                  04            BREMER, LISA
 12/04/10 16:30        SA/35       DI      location is       HESS&S WASHINGTON AV                    204
 12/04/10 16:30 Officer 1 Name: KBUCHOLTZ                    Officer 2 Name:                         204
 12/04/10 16:36 309-BRANDON OPEN ROADWAY UPO                                           04            204
 12/04/10 16:37        SA/309      OK      location is       HESS&S WASHINGTON AV                    204
 12/04/10 16:37        SA/713      OK      location is       HESS&S WASHINGTON AV                    204
 12/04/10 16:37 Officer 1 Name: SSALAZAR                     Officer 2 Name:                         204
 12/04/10 16:43 PT GOING SMH                                                           04            204
 12/04/10 16:46        SA/26       OK      location is       WASH/GILMORE                            204
 12/04/10 16:46 Officer 1 Name: BGUEST                       Officer 2 Name:                         204
 12/04/10 16:46        SA/35       EH      location is       SMH                                     204
 12/04/10 16:46 Officer 1 Name: KBUCHOLTZ                    Officer 2 Name:                         204
 12/04/10 16:47        SA/35       OH      location is       SMH                                     204
 12/04/10 16:47 Officer 1 Name: KBUCHOLTZ                    Officer 2 Name:                         204
 12/04/10 16:47        SA/713      EO      location is       HQ WITNESS                              204
 12/04/10 16:47 Officer 1 Name: SSALAZAR                     Officer 2 Name:                         204
 12/04/10 16:48        SA/710      DI      location is       HESS&S WASHINGTON AV                    204
 12/04/10 16:48 Officer 1 Name: JHOLDEN                      Officer 2 Name:                         204
 12/04/10 16:48        SA/710      EH      location is       SMH                                     204
 12/04/10 16:48 Officer 1 Name: JHOLDEN                      Officer 2 Name:                         204
 12/04/10 16:51        SA/713      OQ      location is       HQ WITNESS                              204
 12/04/10 16:51 Officer 1 Name: SSALAZAR                     Officer 2 Name:                         204
 12/04/10 16:53 Unit SA/710        mileage entered:     .                              00            JHOLDEN
 12/04/10 16:53        SA/710      ON      location is       SMH                                     JHOLDEN
 12/04/10 16:55        SA/720      OQ      location is       612                                     204
 12/04/10 16:55 Officer 1 Name: JLSEVERS                     Officer 2 Name:                         204
 12/04/10 16:55        SA/730      OK      location is       HESS&S WASHINGTON AV                    204
 12/04/10 16:55 Officer 1 Name: KBRANDON                     Officer 2 Name:                         204
 12/04/10 16:56        SA/710      OH      location is       SMH                                     204
 12/04/10 16:56 Officer 1 Name: JHOLDEN                      Officer 2 Name:                         204
 12/04/10 17:14        SA/16       DI      location is       HESS&S WASHINGTON AV                    204
 12/04/10 17:14 Officer 1 Name: DIFILL                       Officer 2 Name:                         204
 12/04/10 17:14        SA/16       OH      location is       SMH                                     204
```

```
SAGINAW POLICE DEPARTMENT                                                              PAGE:  000003
Date:  04/10/12   Time: 19:46                                                  Requested By: SUPERVISOR
                                         I N C I D E N T    R E C A L L

                                                                                                Close
Incident      Time   Type    Pri Dispo      Address              Bldg Apt  Callers Name  P-unit Date/    Operator
                                            Location                       Callers Address      Time
- - - - - - - - - - - - - - - - - - - -    Beat   Team/Dist  Area   - - -  Callers Phone  - - - - - - - - - - - - -
12/04/10 17:14 Officer 1 Name: DIFILL                Officer 2 Name:
12/04/10 17:19       SA/309       EH       location is          SMH                       204
12/04/10 17:20 16 REQ SGT SHM                                                             204
                                                                                    04
12/04/10 17:29       SA/309       OH       location is          SMH                       204
12/04/10 17:36 CASE 12-2479                                                               204
                                                                                    04
12/04/10 18:20       SA/713       C        location                                       204
12/04/10 18:20 Officer 1 Name: SSALAZAR              Officer 2 Name:                      COFFEY, AUDREY
12/04/10 18:20 Disposition                                                                COFFEY, AUDREY
                                                          To: N                     04    COFFEY, AUDREY
12/04/10 18:47       SA/730       EQ       location is     HESS&S WASHINGTON AV           COFFEY, AUDREY
12/04/10 18:47 Officer 1 Name: KBRANDON              Officer 2 Name:                      COFFEY, AUDREY
12/04/10 18:51       SA/26        C        location                                       COFFEY, AUDREY
12/04/10 18:51 Officer 1 Name: BGUEST                Officer 2 Name:                      COFFEY, AUDREY
12/04/10 18:51 Disposition                                                                COFFEY, AUDREY
                                                          To: N                     04    COFFEY, AUDREY
12/04/10 18:52       SA/720       C        location                                       COFFEY, AUDREY
12/04/10 18:52 Officer 1 Name: JLSEVERS              Officer 2 Name:                      COFFEY, AUDREY
12/04/10 18:52 Disposition                                                                COFFEY, AUDREY
                                                          To: N                     04    COFFEY, AUDREY
12/04/10 19:04       SA/35        C        location                                       COFFEY, AUDREY
12/04/10 19:04 Officer 1 Name: KBUCHOLTZ             Officer 2 Name:                      COFFEY, AUDREY
12/04/10 19:04 Disposition                                                                COFFEY, AUDREY
                                                          To: N                     04    COFFEY, AUDREY
12/04/10 19:34       SA/730       C        location                                       COFFEY, AUDREY
12/04/10 19:34 Officer 1 Name: KBRANDON              Officer 2 Name:                      206
12/04/10 19:34 Disposition               Fr: N            To: N                     06    206
12/04/10 19:35       SA/710       C        location                                       206
12/04/10 19:35 Officer 1 Name: JHOLDEN               Officer 2 Name:                      204
12/04/10 19:35 Disposition               Fr: N            To: N                     04    204
12/04/10 19:36       SA/309       WR       location is          SMH                       204
                                                                                          204
```

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LSA120410017132.