# EXHIBIT 13

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON and DEMARQUION
MERRILL, as Co-Personal Representatives
of the Estate of BOBBY MERRILL, deceased,

        Plaintiff,                NO:  13-11159

vs.                             JUDGE LUDINGTON

OFFICER JEFF MADAJ, individually,
OFFICER JUSTIN SEVERS, individually,
OFFICER BRIAN GUEST, individually, and
OFFICER STEVEN WIETECHA, individually,

        Defendants.
_____/

        The Deposition of GABRIEL CHICKO SALAZAR, taken before me, Daniel E. Ripka, CSR-2367, Notary Public, on Friday, July 25, 2014, at the offices of Ripka, Boroski & Associates, LLC, One Tuscola Street, Suite 301, Saginaw, Michigan, commencing at or about 3:23 P.M.

APPEARANCES:

    FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, P.C.
    BY:  GARY N. FELTY, JR., ESQ.  (P55554)
    19390 West Ten Mile Road
    Southfield, Michigan  48075
    (248) 355-5555
    g.felty@fiegerlaw.com

        Appearing on Behalf of Plaintiffs.

Ripka, Boroski & Associates, LLC    email: rba@ripkaboroski.net
(800)542-4531/(810)234-7785/Fax( 810) 234-0660    Firm Registration No. 008139
862325fa-1c36-43fb-a7a8-d8c43f8acc22

**Page 2**

1  APPEARANCES, CONTINUED:
2  PLUNKETT COONEY
   BY: H. WILLIAM REISING, ESQ. (P19343)
3  111 East Court Street, Suite 1B
   Flint, Michigan  48502
4  (810) 342-7001
   wreising@plunkettcooney.com
5
        Appearing on Behalf of Defendants.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1           INDEX
2  WITNESS: GABRIEL CHICKO SALAZAR          PAGE
3  Examination by Mr. Felty        4
4  Examination by Mr. Reising     55
5           *   *   *   *   *
6        INDEX OF EXHIBITS
7  EXHIBIT                          PAGE
8  No Exhibits Marked
9           *   *   *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1                Friday, July 25, 2014
2                Saginaw, Michigan
3                3:23 P.M.
4             GABRIEL CHICKO SALAZAR,
5  a witness herein was called for examination, and after
6  having been sworn was examined and testified on his
7  oath as follows:
8                  EXAMINATION
9  BY MR. FELTY:
10 Q.  Would you state your full legal name?
11 A.  My name is Gabriel Chicko Salazar.
12 Q.  And Chicko is C-H-I-C-K-O?
13 A.  Correct.
14 Q.  I have an address of 3106 Grant Street in Saginaw?
15 A.  No.
16 Q.  Okay.
17 A.  It's 3117 Grant Street.
18 Q.  3117 Grant?
19      Have you ever sat at a deposition before?
20 A.  Don't know the question to answer.
21 Q.  Have you ever sat at a deposition before, a proceeding
22    like this?
23 A.  No.
24 Q.  All right.  You can see off to your right we have a court
25    reporter that is taking down every question I ask and

**Page 5**

1   every statement that you give.
2  A.  Okay.
3  Q.  This isn't like normal conversation, we have to make sure
4    that my question and your answer is written down, so there
5    may be times where you anticipate what I'm going to ask
6    you.  Try to wait until I'm done so that --
7  A.  I understand.
8  Q.  -- so that he can get everything down.
9  A.  I understand completely.
10 Q.  If I ask you a yes or no question, try to stick to yes or
11    no as opposed to nods of the head or uh-huh or hmp-hm --
12 A.  Okay.
13 Q.  -- because those don't transcribe.
14 A.  Okay.
15 Q.  At times I may remind you if you do something like that.
16    I'm not trying to be disrespectful, just trying to make a
17    clean record.
18 A.  Yeah, I see what you're saying.  I understand completely
19    what you're saying.
20 Q.  If you don't understand a question that I ask you, let me
21    know and I'll try to rephrase it.
22 A.  Okay.
23 Q.  We are here regarding an incident involving Bobby Merrill
24    and some Saginaw police officers on April 10th of 2012.
25    It's my understanding that you observed some or all of the

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660
email: rba@ripkaboroski.net
Firm Registration No. 008139
862325fa-1c36-43fb-a7a8-d8c43f8acc22

Page 10

1    you know what direction you're heading, north, south,
2    east --
3  A. Yeah, north.
4  Q. Okay. You're heading north?
5  A. He was heading south.
6  Q. And you're in your vehicle?
7  A. Yup.
8  Q. Was there anybody with you?
9  A. Yeah.
10 Q. Who was with you?
11 A. My girl.
12 Q. And what's her name?
13 A. Amanda.
14 Q. Okay. Do you know her last name?
15 A. McCoy.
16 Q. All right. There's a guy in a red truck?
17 A. Yeah.
18 Q. He's going south?
19 A. Yup.
20 Q. And BJ is in like the center turn lane?
21 A. Yes.
22 Q. You're under -- Did you see BJ cross in front of you on
23   northbound?
24 A. Yeah. Well, yeah, he crossed in front of me, because, you
25   know, he was all hypertension, and everything else. He

Page 11

1    stopped traffic so I couldn't turn.
2        You know, I was in the middle of turning towards
3    him, you know what I'm saying, towards that way where he
4    was trying to walk towards. So I was turning that way
5    with him as he was trying to cross the street that way.
6        But the thing is, he blocked traffic. I
7    couldn't turn, you know.
8        And this other car was honking at him, you know,
9    and because I was beside him he just got really tempered,
10   you know what I'm saying, because just like for him
11   everything froze and everybody was just against him.
12 Q. All right. Let me --
13 A. Which it wasn't true, you know what I'm saying, 'cause I
14   was trying to turn.
15 Q. Just let me make sure I understand this. Are you saying
16   you thought BJ was trying to cross the road?
17 A. Yeah, he was trying to cross the road.
18 Q. Okay. So he crosses northbound in front of you and kind
19   of stops in the left-turn lane?
20 A. He was... he was already trying to cross the street as he
21   was getting into it --
22 Q. I understand. But he's in the turn lane?
23 A. Yeah. He was in the -- Yeah, he was standing in the turn
24   lane.
25 Q. And he's blocking where you want to go?

Page 12

1  A. He's blocking, yeah, he's blocking my turn and he's
2    blocking the traffic.
3  Q. And there's another car --
4  A. So for me to turn...
5  Q. You can't turn --
6  A. Yeah.
7  Q. -- so you were sitting there, and there's another car
8    coming south, and is he blocking the red car, the red
9    truck?
10 A. I moved off -- I turned off on... I went straight, turned
11   off in the church. There's a church, white church there.
12       I turned off in the parking lot to turn
13   around -- to let the other cars go around him, you know
14   what I'm saying, 'cause he's blocking traffic.
15 Q. Okay.
16 A. And I think the guy called the police, you know.
17       And I had my girl call the police, too, you know
18   what I'm saying, to come get some help because he's, you
19   know, he's stopping traffic and, I don't know, he got into
20   it with this guy.
21 Q. Okay. Now, are you describing him being in the way of the
22   red truck, is that what you're saying?
23 A. No, he kicked the red truck because he got so aggressive
24   towards him.
25 Q. All right. But how did the... You see him kick the red

Page 13

1    truck?
2  A. Right.
3  Q. And this is after the guy calls him the N word?
4  A. Yeah.
5  Q. All right. Now, before the guy calls him the N word --
6  A. He was just trying to cross the street.
7  Q. All right. And the guy started honking at him and yelling
8    at him?
9  A. No. The other drivers behind him, you know, the other
10   vehicles behind him, you know, were honking at him and
11   like "Move out the way. Come on. Why you stopping
12   traffic?"
13       So he's hearing them and arguing with this guy
14   at the same time, you know what I'm saying.
15       And I'm like, "Hey, calm down." You know, I'm
16   trying to tell them to calm down, you know, "You guys go
17   around." You know, I'm like, "Go around, man. Go this
18   way. Go around him."
19       So I turn up and go straight about half of a
20   block, turn off to the parking lot, go around, make a
21   turnaround into Gilmore Street where I wanted to actually
22   turn to, you know what I'm saying.
23       And I parked there on Gilmore and Bundy Street.
24   I parked my vehicle there and told my girl, you know, "Go
25   ahead and go to work. You know, I got this under control.

4 (Pages 10 to 13)

Ripka, Boroski & Associates, LLC          email: rba@ripkaboroski.net
(800)542-4531/(810)234-7785/Fax( 810) 234-0660     Firm Registration No. 008139

862325fa-1c36-43fb-a7a8-d8c43f8acc22

Page 14

1   I'm going to go talk to him."
2       By the time I got to the corner there was an
3   officer present there.
4   Q.  Okay. So you were going to go talk to BJ?
5   A.  Yes.
6   Q.  Why were you going to go talk to BJ?
7   A.  Because he was stopping traffic. You know, he's just
8   making an outburst for nothing.
9       Get the vehicle -- I do know if he's drunk or
10  what he was, you know what I'm saying. I was going to
11  come, talk to him, you know, "Get out the way, man. You
12  know, it's okay," you know what I'm saying. Just take
13  this -- I was basically defending him saying because I
14  seen it all, you know what I'm saying, and "I seen the way
15  he," you know what I'm saying, "the way he was talking to
16  you," and everything else.
17      I was going to defend his behalf at the moment,
18  you know what I'm saying, 'cause I knew he called the
19  cops.
20      You know, I told my girl to call the cops, too,
21  you know, 'cause it wasn't going to be just his defense,
22  you know what I'm saying, I'm saying his believing against
23  his word, you know. I called the cops saying that, you
24  know, this guy is also, you know what I'm saying, let's
25  say antagonizing him. You know what I'm saying, like

Page 15

1   basically geeking him up.
2   Q.  Did you ever make it over to BJ to talk to him?
3   A.  Yeah.
4       But the thing is as he was turned the officer
5   pulled up.
6   Q.  Okay.
7   A.  And I was calming him down. At the moment I was right in
8   front of the cop car kind of calming him down.
9       And the officer said -- You know, he didn't want
10  to pay no attention to the officer. He didn't -- I don't
11  think he even knew the officer was present, you know.
12      And the officer said, "Get down on your knees
13  before I pull my --" you know what I'm saying, and I'm
14  thinking, you know, he heard that.
15      So I'm looking at him like, okay, he didn't hear
16  that.
17      Well, the officer drew his weapon.
18      Well, I'm like right behind Bobby, and just
19  looked at him, you know, and pulled out a gun, like "I'll
20  see you later." I went down the street.
21      My dad called me, "He pulled a gun out. What
22  are you doing, crazy? Come down here."
23      You know, so I ran for it, you know what I'm
24  saying. But I'm watching everything that's going down at
25  my father's house, you know.

Page 16

1   And he said, "Don't get involved in it, you
2   know."
3       I'm like, "No, you know, he's a good guy. You
4   know, I know him." I'm saying, the way he just did him
5   I'm saying was wrong. You know, I need to talk to the
6   officer because, you know what I'm saying, he's going to
7   go to jail for something, you know what I'm saying, that
8   antagonized him, you know what I mean. So basically I was
9   going to defend him.
10  Q.  So if I'm understanding you the guy in the red truck calls
11  him a name, Bobby kicks the truck and that's what you
12  think he might get in trouble for?
13  A.  Yes.
14  Q.  And you want to be there to tell an officer --
15  A.  To tell the officer, you know what I'm saying, this guy
16  called him different names to fire him up. And, you know,
17  who would stop there? You know what I'm saying, who would
18  stop in the middle of the road, stop traffic, endanger
19  other lives, you know what I'm saying, just to call this
20  guy a name, you know what I'm saying, because you don't do
21  that. You don't stop in the middle of the road and just
22  antagonize him and tell him "Move out the way, you F'in
23  N," you know.
24  Q.  What kind of car were you driving?
25  A.  At the moment I was driving a Grand Prix, a purple Grand

Page 17

1   Prix.
2   Q.  Purple Grand Prix?
3   A.  Yup.
4   Q.  All right. Before the officer arrived how close were you
5   to Bobby?
6   A.  I would say about five foot.
7   Q.  All right. Did you hear anything that Bobby was saying?
8   A.  Yeah. He told me that basically he don't care about him,
9   you know what I'm saying, that he's got it. He's got it,
10  like "I got this." You know, like slang words, "I got
11  this, man. Don't worry about it."
12      You know, basically meaning that he's got it
13  under control. You know, basically he don't need my help.
14  You know, he's going to talk to whoever he's got to talk
15  to.
16      But he was hyped at the time, you know, high,
17  like maybe drunk, I don't know. You know, I don't know
18  what he was under, but it seemed to me like he was drunk.
19  Q.  All right. Do you hear him threaten anybody?
20  A.  No, other than the guy that threatened him.
21      You know, because he threatened him, and like I
22  said they had a shouting match, you know what I'm saying,
23  and they were threatening each other, you know what I'm
24  saying.
25      And I thought for sure, you know what I'm

Ripka, Boroski & Associates, LLC
(800)542-4531/(810)234-7785/Fax( 810) 234-0660
email: rba@ripkaboroski.net
Firm Registration No. 008139

862325fa-1c36-43fb-a7a8-d8c43f8acc22