# EXHIBIT 15

| | | |
|---|---|---|
| **Michigan Department of State Police** | ORIGINAL DATE<br>Tue, Apr 10, 2012 | INCIDENT NO.<br>031-0003261-12 (DB) |
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Thu, Apr 19, 2012 | FILE CLASS<br>48000 |

| INCIDENT STATUS |
|---|
| Open |

# IN-CUSTODY DEATH

**JOURNAL:**

N/A

**INFORMATION :**

In review of the Taser downloads the u/s observed that Taser #487017 assigned to Officer Wietecha had its Firing Time out of sequence and did not match the current time. On 4/19/12 the u/s contacted Taser International and spoke with a Dan Hill. Hill had the u/s e-mail a copy of the firing sequence download for Taser #487017. Hill was able to review the data and explain that sometimes the Tasers will lose their current internal time keeping and re-set to its last known time which is 1/1/2000. Using a mathematical calculation to take the difference in between the time frames Hill was able to advise that according to the internal time of the Taser to the actual time, that sequence 437 and 438 which shows the Taser to being used on 4/28/2000 at 6:05 and 40 and 46 seconds are the two times that the Taser was activated. That the 4/28/2000 is when the Taser was really activated on 4/10/2012 at app 1600hr. The first burst was for 7 seconds with a follow-up fire for 5 seconds. It should be noted that this is consistent with Officer Wietecha's statement of firing his Taser with a cartridge and then redeploying with a second burst.

The u/s contacted Cathy Starling of the Saginaw PD Technical Support Unit to review and obtain firing sequence 437 and 438 from the Taser #487017.

In the external documents there are photos of MERRILL after he is Tased but yet not moved to the back seat of patrol unit 1133. These photo's were taken by Officer Severs using his personal phone with photo capability. Officer Severs advised that he took these photos with his phone then downloaded the images onto the Saginaw police department computer system where they could be printed and added to the report as an external document.

Saginaw PD Officer Krzyminski filled out paperwork requesting blood and urine samples for MERRILL at St. Mary's Hospital. Office Krzyminski received blood and urine samples and sent them to MSP Lansing Lab for analysis. On 4/23/12 the u/s contacted MSP Lansing Lab 517/322-6600 and spoke with Lab Tech Samanath Beachum who advised that it would take app. one month from 4/15/12 to get a full report on the toxicology samples submitted for MERRILL. LAB #TX12-4677

| PAGE<br>1 of 2 | INVESTIGATED BY<br>D/SGT DAVID RIVARD #310 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police<br>SUPPLEMENTAL INCIDENT<br>REPORT 0002 | ORIGINAL DATE<br>Tue, Apr 10, 2012 | INCIDENT NO.<br>031-0003261-12 (DB) |
|---|---|---|
| | SUPPLEMENTARY DATE<br>Thu, Apr 19, 2012 | FILE CLASS<br>48000 |

### TRAINING RECORDS:

Attached to the report is Training records for Officer, Severs, Wietecha, and Madaj documenting their training in the use of the Taser. Officer Guest has completed his Taser Training and has his final exam documenting he took the training in October 2010.

### EXTERNAL DOCUMENTS:

Taser training records for Officer WiEtecha, Severs, and Madaj. Copy of Taser training exam for Officer Guest.

Photos taken by Officer Severs utilizing his personal phone to capture images of MERRILL after he was arrested.

Copy of initial test from University of Miami showing that MERRILL had cocaine in his system on April 10, 2012.

### STATUS:

Open-pends additional investigation

| PAGE<br>2 of 2 | INVESTIGATED BY<br>D/SGT DAVID RIVARD #310 | REPORTED BY | REVIEWED BY |
|---|---|---|---|