# EXHIBIT 16

| 942 | 1/15/2012 12:03:19 AM | 1/14/2012 7:03:19 PM | 00:00:01 | 26 °C | 99% |
|---|---|---|---|---|---|
| 943 | 1/15/2012 11:48:34 AM | 1/15/2012 6:48:34 AM | 00:00:01 | 26 °C | 99% |
| 944 | 1/16/2012 12:01:03 AM | 1/15/2012 7:01:03 PM | 00:00:01 | 23 °C | 99% |
| 945 | 1/18/2012 11:47:39 AM | 1/18/2012 6:47:39 AM | 00:00:01 | 28 °C | 99% |
| 946 | 1/19/2012 12:13:16 AM | 1/18/2012 7:13:16 PM | 00:00:01 | 25 °C | 99% |
| 947 | 1/19/2012 12:00:01 PM | 1/19/2012 7:00:01 AM | 00:00:01 | 22 °C | 99% |
| 948 | 1/20/2012 12:10:10 AM | 1/19/2012 7:10:10 PM | 00:00:01 | 25 °C | 99% |
| 949 | 1/22/2012 7:53:12 PM | 1/22/2012 2:53:12 PM | 00:00:01 | 28 °C | 99% |
| 950 | 1/25/2012 12:14:17 AM | 1/24/2012 7:14:17 PM | 00:00:01 | 24 °C | 97% |
| 951 | 1/29/2012 12:09:00 AM | 1/28/2012 7:09:00 PM | 00:00:01 | 24 °C | 99% |
| 952 | 1/29/2012 11:51:15 AM | 1/29/2012 6:51:15 AM | 00:00:01 | 21 °C | 99% |
| 953 | 2/3/2012 12:12:56 AM | 2/2/2012 7:12:56 PM | 00:00:01 | 26 °C | 99% |
| 954 | 2/5/2012 12:14:26 AM | 2/4/2012 7:14:26 PM | 00:00:01 | 23 °C | 99% |
| 955 | 2/7/2012 11:50:07 AM | 2/7/2012 6:50:07 AM | 00:00:01 | 17 °C | 99% |
| 956 | 2/8/2012 2:08:37 AM | 2/7/2012 9:08:37 PM | 00:00:01 | 26 °C | 99% |
| 957 | 2/8/2012 7:54:07 PM | 2/8/2012 2:54:07 PM | 00:00:02 | 29 °C | 99% |
| 958 | 2/12/2012 11:44:30 PM | 2/12/2012 6:44:30 PM | 00:00:01 | 22 °C | 99% |
| 959 | 2/13/2012 11:52:35 AM | 2/13/2012 6:52:35 AM | 00:00:01 | 27 °C | 99% |
| 960 | 2/15/2012 8:07:09 PM | 2/15/2012 3:07:09 PM | 00:00:01 | 24 °C | 99% |
| 961 | 2/17/2012 12:07:52 AM | 2/16/2012 7:07:52 PM | 00:00:01 | 24 °C | 99% |
| 962 | 2/18/2012 11:49:57 AM | 2/18/2012 6:49:57 AM | 00:00:01 | 29 °C | 99% |
| 963 | 2/19/2012 11:48:44 AM | 2/19/2012 6:48:44 AM | 00:00:03 | 24 °C | 99% |
| 964 | 2/20/2012 8:44:17 PM | 2/20/2012 3:44:17 PM | 00:00:01 | 19 °C | 99% |
| 965 | 2/22/2012 12:16:53 AM | 2/21/2012 7:16:53 PM | 00:00:01 | 24 °C | 99% |
| 966 | 2/23/2012 7:44:00 PM | 2/23/2012 2:44:00 PM | 00:00:02 | 27 °C | 99% |
| 967 | 2/25/2012 12:09:37 AM | 2/24/2012 7:09:37 PM | 00:00:01 | 22 °C | 99% |
| 968 | 2/26/2012 12:15:51 AM | 2/25/2012 7:15:51 PM | 00:00:01 | 24 °C | 99% |
| 969 | 2/27/2012 12:07:23 AM | 2/26/2012 7:07:23 PM | 00:00:01 | 23 °C | 99% |
| 970 | 2/27/2012 3:06:59 PM | 2/27/2012 10:06:59 AM | 00:00:01 | 27 °C | 99% |
| 971 | 2/28/2012 11:49:47 AM | 2/28/2012 6:49:47 AM | 00:00:02 | 24 °C | 99% |
| 972 | 2/29/2012 12:21:48 AM | 2/28/2012 7:21:48 PM | 00:00:01 | 25 °C | 99% |
| 973 | 3/2/2012 12:20:30 AM | 3/1/2012 7:20:30 PM | 00:00:01 | 24 °C | 99% |
| 974 | 3/2/2012 12:20:38 AM | 3/1/2012 7:20:38 PM | 00:00:01 | 24 °C | 99% |
| 975 | 3/5/2012 8:20:29 PM | 3/5/2012 3:20:29 PM | 00:00:01 | 29 °C | 98% |
| 976 | 3/7/2012 12:06:34 AM | 3/6/2012 7:06:34 PM | 00:00:01 | 24 °C | 99% |
| 977 | 3/10/2012 11:48:48 AM | 3/10/2012 6:48:48 AM | 00:00:01 | 15 °C | 98% |
| 978 | 3/12/2012 7:08:49 PM | 3/12/2012 3:08:49 PM | 00:00:01 | 27 °C | 99% |
| 979 | 3/20/2012 11:25:43 PM | 3/20/2012 7:25:43 PM | 00:00:01 | 29 °C | 99% |
| 980 | 3/23/2012 11:17:04 PM | 3/23/2012 7:17:04 PM | 00:00:01 | 24 °C | 99% |
| 981 | 3/28/2012 12:31:35 AM | 3/27/2012 8:31:35 PM | 00:00:01 | 30 °C | 99% |
| 982 | 4/2/2012 11:12:37 PM | 4/2/2012 7:12:37 PM | 00:00:01 | 25 °C | 99% |
| 983 | 4/4/2012 3:42:31 PM | 4/4/2012 11:42:31 AM | 00:00:03 | 28 °C | 99% |
| 984 | 4/8/2012 11:03:25 AM | 4/8/2012 7:03:25 AM | 00:00:01 | 22 °C | 98% |
| 985 | 4/8/2012 11:47:07 PM | 4/8/2012 7:47:07 PM | 00:00:01 | 24 °C | 98% |
| 986 | 4/10/2012 8:19:34 PM | 4/10/2012 4:19:34 PM | 00:00:05 | 19 °C | 99% |

*[Handwritten annotations in margins, illegible]*

| | | | | | |
|---|---|---|---|---|---|
| 680 | 2/20/2012 8:05:27 PM | 2/20/2012 3:05:27 PM | 00:00:01 | 27 °C | 99% |
| 681 | 2/21/2012 3:21:49 PM | 2/21/2012 10:21:49 AM | 00:00:01 | 26 °C | 99% |
| 682 | 2/27/2012 11:55:41 AM | 2/27/2012 6:55:41 AM | 00:00:01 | 25 °C | 98% |
| 683 | 2/29/2012 8:01:56 PM | 2/29/2012 3:01:56 PM | 00:00:01 | 23 °C | 99% |
| 684 | 3/6/2012 12:04:55 AM | 3/5/2012 7:04:55 PM | 00:00:01 | 26 °C | 99% |
| 685 | 3/6/2012 5:54:56 PM | 3/6/2012 12:54:56 PM | 00:00:01 | 22 °C | 98% |
| 686 | 3/7/2012 11:59:12 AM | 3/7/2012 6:59:12 AM | 00:00:02 | 25 °C | 99% |
| 687 | 3/17/2012 11:01:45 AM | 3/17/2012 7:01:45 AM | 00:00:03 | 23 °C | 99% |
| 688 | 3/21/2012 6:42:16 PM | 3/21/2012 2:42:16 PM | 00:00:01 | 26 °C | 99% |
| 689 | 3/27/2012 10:43:04 AM | 3/27/2012 6:43:04 AM | 00:00:01 | 26 °C | 98% |
| 690 | 3/28/2012 11:11:52 PM | 3/28/2012 7:11:52 PM | 00:00:01 | 27 °C | 99% |
| 691 | 3/30/2012 6:55:53 PM | 3/30/2012 2:55:53 PM | 00:00:01 | 26 °C | 99% |
| 692 | 3/31/2012 10:42:50 AM | 3/31/2012 6:42:50 AM | 00:00:01 | 26 °C | 99% |
| 693 | 4/1/2012 7:02:42 PM | 4/1/2012 3:02:42 PM | 00:00:01 | 26 °C | 99% |
| 694 | 4/2/2012 7:04:27 PM | 4/2/2012 3:04:27 PM | 00:00:01 | 22 °C | 99% |
| 695 | 4/3/2012 12:23:51 AM | 4/2/2012 8:23:51 PM | 00:00:01 | 23 °C | 98% |
| 696 | 4/3/2012 6:58:20 PM | 4/3/2012 2:58:20 PM | 00:00:01 | 27 °C | 99% |
| 697 | 4/10/2012 8:11:20 PM | 4/10/2012 4:11:20 PM | 00:00:05 | 23 °C | 99% |
| 698 | 4/10/2012 8:11:28 PM | 4/10/2012 4:11:28 PM | 00:00:05 | 23 °C | 99% |

Time Changes

| Sequence | GMT Time | Local Time | Type |
|---|---|---|---|
| 1 | 6/19/2007 4:46:02 PM | 6/19/2007 12:46:02 PM | FROM |
| 2 | 6/19/2007 4:46:02 PM | 6/19/2007 12:46:02 PM | TO |
| 106 | 1/1/2000 12:00:39 AM | 12/31/1999 7:00:39 PM | FROM |
| 107 | 3/17/2008 6:45:23 PM | 3/17/2008 2:45:23 PM | TO |
| 468 | 1/29/2002 6:28:52 PM | 1/29/2002 1:28:52 PM | FROM |
| 469 | 8/27/2010 1:37:54 PM | 8/27/2010 9:37:54 AM | TO |
| 574 | 1/18/2000 9:07:07 PM | 1/18/2000 4:07:07 PM | FROM |
| 575 | 5/28/2011 5:54:54 AM | 5/28/2011 1:54:54 AM | TO |
| 669 | 1/25/2000 4:35:27 AM | 1/24/2000 11:35:27 PM | FROM |
| 670 | 1/28/2012 12:21:51 AM | 1/27/2012 7:21:51 PM | TO |
| 671 | 1/28/2012 12:22:15 AM | 1/27/2012 7:22:15 PM | FROM |
| 672 | 1/28/2012 12:22:15 AM | 1/27/2012 7:22:15 PM | TO |

X00-283860 Mosley [handwritten]

Videos

| TASER CAM Serial | Incident Start Time (GMT) | Incident Start Time (Local) | Duration |
|---|---|---|---|
| V08-027550 | 1/18/2000 5:50:02 AM | 1/18/2000 12:50:02 AM | 00:00:02 |
| V08-027550 | 11/23/2011 3:57:15 PM | 11/23/2011 10:57:15 AM | 00:00:18 |
| V08-027550 | 11/30/2011 4:19:12 AM | 11/29/2011 11:19:12 PM | 00:05:46 |
| V08-027550 | 12/21/2011 2:19:03 AM | 12/20/2011 9:19:03 PM | 00:06:18 |
| V08-027550 | 12/21/2011 2:27:02 AM | 12/20/2011 9:27:02 PM | 00:01:07 |
| V08-027550 | 12/28/2011 12:06:48 PM | 12/28/2011 7:06:48 AM | 00:00:12 |

| 952 | 2/14/2012 11:51:18 AM | 2/14/2012 6:51:18 AM | 00:00:02 | 26 °C | 99% |
|---|---|---|---|---|---|
| 953 | 2/16/2012 8:21:05 PM | 2/16/2012 3:21:05 PM | 00:00:01 | 24 °C | 99% |
| 954 | 2/17/2012 12:41:50 AM | 2/16/2012 7:41:50 PM | 00:00:01 | 17 °C | 99% |
| 955 | 2/17/2012 12:42:24 AM | 2/16/2012 7:42:24 PM | 00:00:02 | 17 °C | 99% |
| 956 | 2/17/2012 5:59:55 PM | 2/17/2012 12:59:55 PM | 00:00:01 | 24 °C | 99% |
| 957 | 2/20/2012 8:07:37 PM | 2/20/2012 3:07:37 PM | 00:00:01 | 24 °C | 99% |
| 958 | 2/25/2012 8:00:20 PM | 2/25/2012 3:00:20 PM | 00:00:01 | 22 °C | 97% |
| 959 | 2/27/2012 12:02:57 PM | 2/27/2012 7:02:57 AM | 00:00:02 | 24 °C | 99% |
| 960 | 3/2/2012 7:50:42 PM | 3/2/2012 2:50:42 PM | 00:00:01 | 26 °C | 99% |
| 961 | 3/4/2012 11:51:06 AM | 3/4/2012 6:51:06 AM | 00:00:01 | 15 °C | 99% |
| 962 | 3/4/2012 6:18:03 PM | 3/4/2012 1:18:03 PM | 00:00:01 | 25 °C | 99% |
| 963 | 3/6/2012 12:06:25 AM | 3/5/2012 7:06:25 PM | 00:00:01 | 22 °C | 99% |
| 964 | 3/8/2012 11:45:17 AM | 3/8/2012 6:45:17 AM | 00:00:01 | 22 °C | 99% |
| 965 | 3/8/2012 1:45:31 PM | 3/8/2012 8:45:31 AM | 00:00:01 | 22 °C | 99% |
| 966 | 3/10/2012 8:04:29 PM | 3/10/2012 3:04:29 PM | 00:00:01 | 27 °C | 99% |
| 967 | 3/13/2012 10:48:21 AM | 3/13/2012 6:48:21 AM | 00:00:01 | 24 °C | 99% |
| 968 | 3/14/2012 11:15:54 PM | 3/14/2012 7:15:54 PM | 00:00:01 | 26 °C | 99% |
| 969 | 3/15/2012 11:21:40 PM | 3/15/2012 7:21:40 PM | 00:00:01 | 29 °C | 99% |
| 970 | 3/24/2012 10:54:39 AM | 3/24/2012 6:54:39 AM | 00:00:03 | 22 °C | 96% |
| 971 | 3/28/2012 12:00:47 AM | 3/27/2012 8:00:47 PM | 00:00:05 | 29 °C | 96% |
| 972 | 3/28/2012 12:00:55 AM | 3/27/2012 8:00:55 PM | 00:00:05 | 29 °C | 95% |
| 973 | 3/28/2012 12:01:12 AM | 3/27/2012 8:01:12 PM | 00:00:05 | 29 °C | 95% |
| 974 | 3/28/2012 6:51:00 PM | 3/28/2012 2:51:00 PM | 00:00:02 | 20 °C | 95% |
| 975 | 3/28/2012 6:51:03 PM | 3/28/2012 2:51:03 PM | 00:00:01 | 21 °C | 94% |
| 976 | 3/28/2012 6:51:04 PM | 3/28/2012 2:51:04 PM | 00:00:01 | 21 °C | 94% |
| 977 | 4/3/2012 8:54:07 PM | 4/3/2012 4:54:07 PM | 00:00:01 | 27 °C | 99% |
| 978 | 4/4/2012 10:52:22 AM | 4/4/2012 6:52:22 AM | 00:00:03 | 27 °C | 99% |
| 979 | 4/10/2012 8:15:07 PM | 4/10/2012 4:15:07 PM | 00:00:05 | 24 °C | 98% |
| 980 | 4/10/2012 8:15:14 PM | 4/10/2012 4:15:14 PM | 00:00:03 | 24 °C | 97% |
| 981 | 4/10/2012 8:15:26 PM | 4/10/2012 4:15:26 PM | 00:00:05 | 26 °C | 97% |
| 982 | 4/10/2012 8:15:35 PM | 4/10/2012 4:15:35 PM | 00:00:08 | 27 °C | 96% |
| 983 | 4/10/2012 8:15:41 PM | 4/10/2012 4:15:41 PM | 00:00:05 | 27 °C | 96% |
| 984 | 4/10/2012 8:15:45 PM | 4/10/2012 4:15:45 PM | 00:00:04 | 27 °C | 95% |
| 985 | 4/10/2012 8:15:52 PM | 4/10/2012 4:15:52 PM | 00:00:06 | 28 °C | 95% |
| 986 | 4/10/2012 8:16:02 PM | 4/10/2012 4:16:02 PM | 00:00:05 | 28 °C | 95% |
| 987 | 4/10/2012 8:16:11 PM | 4/10/2012 4:16:11 PM | 00:00:05 | 29 °C | 94% |
| 988 | 4/10/2012 8:16:30 PM | 4/10/2012 4:16:30 PM | 00:00:07 | 29 °C | 94% |
| 989 | 4/10/2012 8:16:38 PM | 4/10/2012 4:16:38 PM | 00:00:07 | 29 °C | 93% |
| 990 | 4/11/2012 1:33:15 PM | 4/11/2012 9:33:15 AM | 00:00:05 | 24 °C | 91% |

*X00 172482 Severs* (handwritten)

Time Changes

| Sequence | GMT Time | Local Time | Type |
|---|---|---|---|
| 1 | 12/3/2005 4:52:07 PM | 12/3/2005 11:52:07 AM | FROM |
| 2 | 12/3/2005 4:52:07 PM | 12/3/2005 11:52:07 AM | TO |
| 145 | 11/9/2006 3:09:27 PM | 11/9/2006 10:09:27 AM | FROM |
| 146 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 411 | 2/12/2000 10:44:22 AM | 2/12/2000 5:44:22 AM | 00:00:01 | 27 °C | 99% |
| 412 | 2/20/2000 9:50:20 AM | 2/20/2000 4:50:20 AM | 00:00:01 | 26 °C | 99% |
| 413 | 2/24/2000 1:37:23 AM | 2/23/2000 8:37:23 PM | 00:00:01 | 23 °C | 99% |
| 414 | 2/24/2000 1:59:13 PM | 2/24/2000 8:59:13 AM | 00:00:01 | 23 °C | 99% |
| 415 | 2/26/2000 9:39:37 AM | 2/26/2000 4:39:37 AM | 00:00:01 | 27 °C | 99% |
| 416 | 2/28/2000 2:06:10 PM | 2/28/2000 9:06:10 AM | 00:00:01 | 24 °C | 99% |
| 417 | 2/28/2000 2:25:10 PM | 2/28/2000 9:25:10 AM | 00:00:01 | 8 °C | 99% |
| 418 | 2/28/2000 2:25:12 PM | 2/28/2000 9:25:12 AM | 00:00:01 | 9 °C | 99% |
| 419 | 3/1/2000 1:53:54 PM | 3/1/2000 8:53:54 AM | 00:00:01 | 23 °C | 99% |
| 420 | 3/2/2000 9:58:00 AM | 3/2/2000 4:58:00 AM | 00:00:02 | 27 °C | 99% |
| 421 | 3/13/2000 1:41:13 AM | 3/12/2000 9:41:13 PM | 00:00:01 | 26 °C | 99% |
| 422 | 3/13/2000 1:53:35 PM | 3/13/2000 9:53:35 AM | 00:00:01 | 19 °C | 99% |
| 423 | 3/15/2000 9:44:27 AM | 3/15/2000 5:44:27 AM | 00:00:01 | 26 °C | 99% |
| 424 | 3/15/2000 12:21:26 PM | 3/15/2000 8:21:26 AM | 00:00:01 | 13 °C | 99% |
| 425 | 3/15/2000 12:22:08 PM | 3/15/2000 8:22:08 AM | 00:00:02 | 13 °C | 99% |
| 426 | 3/15/2000 12:30:05 PM | 3/15/2000 8:30:05 AM | 00:00:01 | 17 °C | 99% |
| 427 | 3/18/2000 12:18:18 PM | 3/18/2000 8:18:18 AM | 00:00:01 | 23 °C | 98% |
| 428 | 3/19/2000 9:47:20 AM | 3/19/2000 5:47:20 AM | 00:00:01 | 27 °C | 99% |
| 429 | 3/24/2000 4:16:53 AM | 3/24/2000 12:16:53 AM | 00:00:01 | 27 °C | 99% |
| 430 | 3/24/2000 4:23:17 AM | 3/24/2000 12:23:17 AM | 00:00:01 | 27 °C | 99% |
| 431 | 3/31/2000 8:52:53 AM | 3/31/2000 4:52:53 AM | 00:00:01 | 27 °C | 98% |
| 432 | 4/7/2000 12:36:41 PM | 4/7/2000 8:36:41 AM | 00:00:01 | 30 °C | 98% |
| 433 | 4/8/2000 9:20:31 AM | 4/8/2000 5:20:31 AM | 00:00:01 | 29 °C | 97% |
| 434 | 4/14/2000 8:54:49 AM | 4/14/2000 4:54:49 AM | 00:00:01 | 25 °C | 99% |
| 435 | 4/20/2000 8:59:44 AM | 4/20/2000 4:59:44 AM | 00:00:01 | 26 °C | 99% |
| 436 | 4/28/2000 7:33:50 AM | 4/28/2000 3:33:50 AM | 00:00:01 | 26 °C | 97% |
| 437 | 4/28/2000 10:05:40 AM | 4/28/2000 6:05:40 AM | 00:00:07 | 21 °C | 97% |
| 438 | 4/28/2000 10:05:46 AM | 4/28/2000 6:05:46 AM | 00:00:05 | 21 °C | 96% |

Wietecha   X00-487017

Time Changes

| Sequence | GMT Time | Local Time | Type |
|---|---|---|---|
| 1 | 8/7/2009 8:58:22 PM | 8/7/2009 4:58:22 PM | TO |
| 2 | 8/7/2009 8:58:24 PM | 8/7/2009 4:58:24 PM | FROM |
| 3 | 8/7/2009 8:58:25 PM | 8/7/2009 4:58:25 PM | TO |
| 209 | 8/27/2010 1:56:47 PM | 8/27/2010 9:56:47 AM | FROM |
| 210 | 8/27/2010 1:30:04 PM | 8/27/2010 9:30:04 AM | TO |
| 340 | 1/10/2000 5:05:59 AM | 1/10/2000 12:05:59 AM | FROM |
| 341 | 6/24/2011 8:49:46 AM | 6/24/2011 4:49:46 AM | TO |
| 351 | 1/22/2000 1:29:18 AM | 1/21/2000 8:29:18 PM | FROM |
| 352 | 8/17/2011 11:49:51 AM | 8/17/2011 7:49:51 AM | TO |
| 439 | 4/29/2000 4:13:27 AM | 4/29/2000 12:13:27 AM | FROM |
| 440 | 4/11/2012 2:17:14 PM | 4/11/2012 10:17:14 AM | TO |

Videos