# EXHIBIT 17

## SAGINAW POLICE DEPARTMENT
## USE OF FORCE REPORT FORM

DATE: 4/10/12   LOCATION: S. WASHINGTON & GILMORE

TIME: 1605   TYPE OF FORCE USED: TASER AND BATON

CASE #: 12-2479   SUSPECT: BOBBIE MERRILL

BRIEFLY OUTLINE CIRCUMSTANCES SURROUNDING THE INCIDENT:

R/O ASSISTED OFC SEVERS WITH A DISORDERLY PERSON. A TASER AND BATON WERE USED IN AN ATTEMPT TO CONTROL THE SUSPECT. SEE R/O's SUP REPORT # 12-2479.

MEDICAL TREATMENT SOUGHT: YES BY MMR

WAS TREATMENT REFUSED: NO

WHERE WAS SUBJECT TRANSPORTED: ST. MARYS

OFFICER'S NAME AND BADGE # (PRINT): S. WIETECHA   # 209

OFFICER'S SIGNATURE _____   DATE 4/10/12

IMMEDIATE SUPERVISOR* _____   DATE 4/16/12

SHIFT COMMANDER _____   DATE _____

DIVISION COMMANDER _____   DATE 4/17/12

CHIEF OF POLICE _____   DATE 4/13/12

*ATTACH A COPY OF THE INCIDENT REPORT TO THIS REPORT FORM

12-2479

## SUPERVISORY TASER® USE REPORT

Date/Time: 4/10/12 / 1104   TASER Officer's Name: S. WIETECHA #209

E-mail: [redacted]   Department: SAGINAW PD

Dept Address: 612 FEDERAL AVE   Phone: 989-759-1289

On Scene Supervisor: SGT. CARPENTER   Officer(s) Involved: GUEST, SEVERS, NADAJ

TASER Model (check one): [X] TASER X26  [ ] ADVANCED TASER M26

If an ADVANCE TASER M26 Was Used, What Battery Type: ___ Alkaline ___ NiMH

Air Cartridge Type(s): [ ] 15-ft [X] 21-ft [ ] 21-ft XP (Yellow Cartridge)

TASER Serial #: UNK   Medical Facility: ST MARYS   Doctor: UNK

Nature of the Call or Incident: DISORDERLY /   Charges: R&O / DISORDERLY   Booked: Y /(N)
ATTEMPT CARJACKING

Type of Subject: [X] Human   ___ Animal

Location of Incident: ( ) Indoor (X) Outdoor ( ) Jail ( ) Hospital

Type of Force Used (Check all that apply): [X] Physical [X] Less-lethal [ ] Firearm [ ] Chemical

Nature of the Injuries and Medical Treatment Required: NONE

Admitted to Hospital for Injuries: Y /(N)   Admitted to Hospital for Psychiatric: Y /(N)

Medical Exam: (Y)/ N   Suspect Under the influence: Alcohol / Drugs (specify): COCAINE

Was an Officer, Police Employee, Volunteer or Citizen Injured other than by TASER? Y /(N)

Incident Type (circle appropriate response(s) below):

Civil Disturbance   Suicidal   Suicide by Cop   (Violent Suspect)   Barricaded   Warrant   (Other)

Age: 39   Sex: MALE   Height: 5'10"   Race: BLACK   Weight: 260

TASER use (circle one): Success (Failure)   Suspect wearing heaving clothes: (Y) N

Number of Air Cartridges fired: 1   Number of cycles applied: UNK

Usage (check one): ( ) Arc Display Only ( ) Laser Display Only (X) TASER Application

TASER: Is this a dart probe contact: (Y)/ N   Is this a drive stun contact: Y / N

Approximate target distance at the time of the dart launch: 10 feet

Distance between the two probes: UNK inches   Need for an additional shot? Y /(N)

Did dart contacts penetrate the subject's skin? (Y)/ N   Probes removed on scene: (Y)/ N

Did TASER application cause injury: Y (N)   If yes, was the subject treated for the injury: Y / N

DESCRIPTION OF INJURY:

_____

[signature]

APPLICATION AREAS
(Place "X's" where probes hit suspect AND "O's" where stunned)



SYNOPSIS: SEE SUPPLEMENTAL CASE REPORT # 12-2479

Need for additional applications? Y / N    Did the device respond satisfactorily? Y / N

If the TASER firing was unsuccesful was a DRIVE STUN followup used? Y / N

Describe the subject's demeanor after the device was used or displayed?
SUSPECT WENT TO GROUND WHEN TASED THEN IT APPEARED UNSUCCESSFUL.

Chemical Spray: Y / N          Baton or Blunt Instrument: Y / N

Authorized control holds: Y / N      If yes, what types: _____

Describe other means attempted to control the subject: HANDS ON

Photographs Taken: Y / N    Report Completed by: S. WIFTECHA #205

ADDITIONAL INFORMATION

1. Save this file to your hard drive and for your department archives.
2. Submit this report to the national TASER technology incident database.
3. This information will be submitted to the IACP and NTOA to track use of force. Results of uses are reviewed by TASER Int'l to adjust training issues and concerns as well.
4. If you cannot email, please fax a copy of this report to: (480) 991-0791 Attn: Shawn Spencer (Ph: 800-978-2737 ext. 2077).

## SAGINAW POLICE DEPARTMENT
## USE OF FORCE REPORT FORM

DATE: 04/10/12    LOCATION: S. Washington & Hess
TIME: 1608        TYPE OF FORCE USED: Compliance Strike & Taser
CASE #: 12-2479   SUSPECT: Bobby Merrill

BRIEFLY OUTLINE CIRCUMSTANCES SURROUNDING THE INCIDENT:

Disorderly person in street, R/O used taser and compliance strike to take in custody.

MEDICAL TREATMENT SOUGHT: NONE
WAS TREATMENT REFUSED: NONE
WHERE WAS SUBJECT TRANSPORTED: St. Marys

OFFICER'S NAME AND BADGE # (PRINT) GUEST    # 214
OFFICER'S SIGNATURE _____    DATE 04/12/12
IMMEDIATE SUPERVISOR* K. Schmidt #397    DATE 4/13/12
SHIFT COMMANDER _____    DATE 4/13/12
DIVISION COMMANDER _____    DATE 4/16/12
CHIEF OF POLICE _____    DATE 5/13/12

*ATTACH A COPY OF THE INCIDENT REPORT TO THIS REPORT FORM

12-2479

## SUPERVISORY TASER® USE REPORT

Date/Time: 04/10/12 1608  TASER Officer's Name: Brian Guest

E-mail: _____  Department: Saginaw Police Dept

Dept Address: 612 Federal St. Saginaw, MI  Phone: 989-

On Scene Supervisor: Sgt. Carpenter  Officer(s) Involved: Severs, Wieterha, Madaj

TASER Model (check one): [X] TASER X26  [ ] ADVANCED TASER M26

If an ADVANCE TASER M26 Was Used, What Battery Type: ___ Alkaline ___ NiMH

Air Cartridge Type(s): [ ] 15-ft [ ] 21-ft [ ] 21-ft XP (Yellow Cartridge)

TASER Serial #: _____  Medical Facility: St. Marys  Doctor: _____

Nature of the Call or Incident: Disorderly/Attempted Car Jacking  Charges: R30/Disorderly  Booked: Y /(N)

Type of Subject: [X] Human  ___ Animal

Location of Incident: ( ) Indoor (X) Outdoor ( ) Jail ( ) Hospital

Type of Force Used (Check all that apply): [X] Physical [X] Less-lethal [ ] Firearm [ ] Chemical

Nature of the Injuries and Medical Treatment Required: None

Admitted to Hospital for Injuries: (Y) N         Admitted to Hospital for Psychiatric: Y (N)

Medical Exam: (Y) N     Suspect Under the influence: Alcohol / Drugs (specify): Yes / Cocaine

Was an Officer, Police Employee, Volunteer or Citizen Injured other than by TASER? Y / N

Incident Type (circle appropriate response(s) below):

(Civil Disturbance)  Suicidal  Suicide by Cop  (Violent Suspect)  Barricaded  Warrant  (Other)

Age: 39  Sex: Male  Height: 5"10"  Race: Black  Weight: 260

TASER use (circle one): (Success) Failure       Suspect wearing heaving clothes: (Y) N

Number of Air Cartridges fired: 1       Number of cycles applied: Unknown

Usage (check one): ( ) Arc Display Only ( ) Laser Display Only (X) TASER Application

TASER: Is this a dart probe contact: (Y)/ N       Is this a drive stun contact: Y (N)

Approximate target distance at the time of the dart launch: 8 feet

Distance between the two probes: Unknown inches    Need for an additional shot? Y /(N)

Did dart contacts penetrate the subject's skin? (Y)/ N   Probes removed on scene: (Y)/ N

Did TASER application cause injury: Y (N)       If yes, was the subject treated for the injury: Y /(N)

DESCRIPTION OF INJURY:
_____

_G. Cliff_

APPLICATION AREAS
(Place "X's" where probes hit suspect AND "O's" where stunned)



UNKNOWN

SYNOPSIS: I was dispatched to a disorderly male in traffic on S. Washington. See case report for further.

Need for additional applications? Y /(N)   Did the device respond satisfactorily?(Y)/ N

If the TASER firing was unsuccesful was a DRIVE STUN followup used? Y /(N)

Describe the subject's demeanor after the device was used or displayed? Subject fell to the ground.

Chemical Spray: Y /(N)    Baton or Blunt Instrument: Y /(N)

Authorized control holds: Y /(N)   If yes, what types: _____

Describe other means attempted to control the subject: Hands on.

Photographs Taken:(Y)/N   Report Completed by: Guest # 214

ADDITIONAL INFORMATION

1. Save this file to your hard drive and for your department archives.
2. Submit this report to the national TASER technology incident database.
3. This information will be submitted to the IACP and NTOA to track use of force. Results of uses are reviewed by TASER Int'l to adjust training issues and concerns as well.
4. If you cannot email, please fax a copy of this report to: (480) 991-0791 Attn: Shawn Spencer (Ph: 800-978-2737 ext. 2077).

Case No. 12-2479

## SUPERVISORY TASER® USE REPORT

Date/Time: 4-10-12 1604   TASER Officer's Name: Severs

E-mail: ████████████   Department: Saginaw Police Department

Dept Address: 612 Federal Av   Phone: (989) 759-1288

On Scene Supervisor: Sgt. Carpenter   Officer(s) Involved: Wietecha, Guest & Madaj

TASER Model (check one): [✓] TASER X26   [ ] ADVANCED TASER M26

If an ADVANCE TASER M26 Was Used, What Battery Type: ___ Alkaline ___ NiMH

Air Cartridge Type(s): [ ] 15-ft [ ] 21-ft [ ] 21-ft XP (Yellow Cartridge)

TASER Serial #: _____   Medical Facility: St. Mary's   Doctor: _____

Nature of the Call or Incident: Disorderly / Attempted Car Jacking   Charges: R&O / Disorderly   Booked: Y / N̸

Type of Subject: ✓ Human   ___ Animal

Location of Incident: ( ) Indoor (✓) Outdoor ( ) Jail ( ) Hospital

Type of Force Used (Check all that apply): [✓] Physical [✓] Less-lethal [ ] Firearm [ ] Chemical

Nature of the Injuries and Medical Treatment Required: None / Unknown

Admitted to Hospital for Injuries: Y / N̸   Admitted to Hospital for Psychiatric: Y / N̸

Medical Exam: Y̸ / N   Suspect Under the influence: Alcohol / Drugs (specify): Yes / Cocaine

Was an Officer, Police Employee, Volunteer or Citizen Injured other than by TASER? Y / N̸

Incident Type (circle appropriate response(s) below):

Civil Disturbance   Suicidal   Suicide by Cop   Violent Suspect   Barricaded   Warrant   Other

Age: 39   Sex: Male   Height: 5'10"   Race: Black   Weight: 260

TASER use (circle one): Success / Failure   Suspect wearing heaving clothes: Y̸ / N

Number of Air Cartridges fired: 3   Number of cycles applied: 11

Usage (check one): ( ) Arc Display Only   ( ) Laser Display Only   (✓) TASER Application

TASER: Is this a dart probe contact: Y̸ / N   Is this a drive stun contact: Y / N̸

Approximate target distance at the time of the dart launch: 15 feet

Distance between the two probes: Unknown inches   Need for an additional shot? Y / N

Did dart contacts penetrate the subject's skin? Y / N̸   Probes removed on scene: Y̸ / N

Did TASER application cause injury: Y / N̸   If yes, was the subject treated for the injury: Y / N̸

DESCRIPTION OF INJURY: _____

_____

[signature]

APPLICATION AREAS
(Place "X's" where probes hit suspect AND "O's" where stunned)



Unknown

SYNOPSIS:
I was dispatched to a disorderly male in the middle of traffic on S. Washington. See case report for more information.

Need for additional applications? Y/N    Did the device respond satisfactorily? Y/N

If the TASER firing was unsuccesful was a DRIVE STUN followup used? Y/N

Describe the subject's demeanor after the device was used or displayed?
Unaffected

Chemical Spray: Y/N                Baton or Blunt Instrument: Y/N

Authorized control holds: Y/N      If yes, what types: _____

Describe other means attempted to control the subject: Hands on

Photographs Taken: Y/N             Report Completed by: Severs

ADDITIONAL INFORMATION

1. Save this file to your hard drive and for your department archives.
2. Submit this report to the national TASER technology incident database.
3. This information will be submitted to the IACP and NTOA to track use of force. Results of uses are reviewed by TASER Int'l to adjust training issues and concerns as well.
4. If you cannot email, please fax a copy of this report to: (480) 991-0791 Attn: Shawn Spencer (Ph: 800-978-2737 ext. 2077).

12-2479

## SUPERVISORY TASER® USE REPORT

Date/Time: 4/10/12 1610  TASER Officer's Name: Means #15

E-mail: ~~[redacted]~~  Department: Saginaw Police Dept

Dept Address: 612 Federal St  Phone: (989) 233-6722

On Scene Supervisor: S/F. Carpenter  Officer(s) Involved: Maars, Guest, Severs, Wietecha

TASER Model (check one): [X] TASER X26  [ ] ADVANCED TASER M26

If an ADVANCE TASER M26 Was Used, What Battery Type: ___ Alkaline  [X] NiMH

Air Cartridge Type(s): [ ] 15-ft [ ] 21-ft [ ] 21-ft XP (Yellow Cartridge)

TASER Serial #: _____  Medical Facility: St. Mary's  Doctor: _____

Nature of the Call or Incident: Unknown  Charges: _____  Booked: Y /(N)

Type of Subject: ✓ Human  ___ Animal

Location of Incident: ( ) Indoor (✓) Outdoor  ( ) Jail  ( ) Hospital

Type of Force Used (Check all that apply): [✓] Physical [✓] Less-lethal [ ] Firearm [ ] Chemical

Nature of the Injuries and Medical Treatment Required: None

Admitted to Hospital for Injuries: Y /(N)        Admitted to Hospital for Psychiatric: Y /(N)

Medical Exam (Y)/ N  Suspect Under the influence: Alcohol / Drugs (specify): Yes

Was an Officer, Police Employee, Volunteer or Citizen Injured other than by TASER? Y /(N)

Incident Type (circle appropriate response(s) below):

Civil Disturbance  Suicidal  Suicide by Cop  (Violent Suspect)  Barricaded  Warrant  (Other)

Age: 39  Sex: M  Height: 6'00  Race: B  Weight: 275

TASER use (circle one):  Success (Failure)           Suspect wearing heaving clothes: (Y)/ N

Number of Air Cartridges fired: (0)  Number of cycles applied: 4 to 6

Usage (check one): ( ) Arc Display Only  ( ) Laser Display Only  (X) TASER Application

TASER: Is this a dart probe contact: Y /(N)        Is this a drive stun contact:(Y)/ N

Approximate target distance at the time of the dart launch: N/A feet

Distance between the two probes: N/A inches        Need for an additional shot? Y /(N)

Did dart contacts penetrate the subject's skin? Y /(N)        Probes removed on scene: Y /(N)

Did TASER application cause injury: Y /(N)        If yes, was the subject treated for the injury: Y / N

DESCRIPTION OF INJURY:  N/A

_[signature]_

## APPLICATION AREAS
(Place "X's" where probes hit suspect AND "O's" where stunned)



SYNOPSIS: R/O Applied the Drive Stun Technique Approx 4 to 6 Times during the Incident.

Need for additional applications? (Y)/N    Did the device respond satisfactorily (Y)/N

If the TASER firing was unsuccessful was a DRIVE STUN followup used?  Y / N

Describe the subject's demeanor after the device was used or displayed?
None - Did not Comply. Continued to resist and fight officers

Chemical Spray: Y /(N)    Baton or Blunt Instrument: Y /(N)
Authorized control holds (Y)/N    If yes, what types: Hobble Restraint & Handcuffs
Describe other means attempted to control the subject: Physical
Photographs Taken (Y)/N    Report Completed by: Haart #15

ADDITIONAL INFORMATION

1. Save this file to your hard drive and for your department archives.
2. Submit this report to the national TASER technology incident database.
3. This information will be submitted to the IACP and NTOA to track use of force. Results of uses are reviewed by TASER Int'l to adjust training issues and concerns as well.
4. If you cannot email, please fax a copy of this report to: (480) 991-0791 Attn: Shawn Spencer (Ph: 800-978-2737 ext. 2077).