# EXHIBIT 18



From +19897552582  Tue 10 Apr 2012 07:43:50 PM EDT  Page 2 of 5

**FINAL**  **Patient Care Report**

**MOBILE MEDICAL RESPONSE**
834 S WASHINGTON AVENUE
SAGINAW, MI 486012566
(989) 755-1955 Ext.

Run Number: 26733
Date of Service: 04/10/2012
Patient Name: John Doe

### CREW INFO

Vehicle : 521
Crew #1: REVIS, ALVIN
License #1: Paramedic

Crew #2: OSTERHOUT, CODY
License #2: EMT

Crew #3: UNSPEC, STUDENT
License #3: PARAMEDIC

Doc'd By: REVIS, ALVIN

Assisted 1
By: 0
0

### RESPONSE INFO

Med/Trauma: Medical and Trauma
Call Type: ALS
Response Priority: P-1 Life Threatening Emergency
Nature Of Call: Unknown Problem (Man Down)
Start Mileage:
Resp. Delay: <None>
<None>
<None>
Trans. Delay: <None>
<None>
<None>

Location: S WASHINGTON AVE & GILMORE ST
SAGINAW, MI 48601

### DISPOSITION

Outcome: Treated, Transport by EMS
Dest. Reason: Closest Facility
Transport Priority: P-1 Life Threatening Emergency
At Scene Mileage: 37.0
At Dest. Mileage: 39.4
Condition at Dest.: Unchanged

Barriers to Care: None
None
None
Pt. Transported: Prone - Full Spineboard, Main Stretcher
Scene Delay :

Destination: ST MARYS OF MICHIGAN (DOWNTOWN)
Dept: Emergency Department
800 S WASHINGTON AVE
SAGINAW, MI 48601
Transporting Agency: Mobile Medical Response
Transporting Unit:

### TIMES

Recvd: 16:15 04-10-12
Dispatch: 16:16 04-10-12
En route: 16:16 04-10-12
At patient: 16:25 04-10-12
At scene: 16:22 04-10-12
Transport: 16:42 04-10-12
At dest.: 16:47 04-10-12
In service: 17:18 04-10-12
At base: 17:18 04-10-12

### PATIENT INFORMATION

Name : John Doe
SSN : 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
Sex : Male
Race : African American

Phone :
DOB : Approx. 30.00 Years
Home Addr. :

DL Info :
Weight :
Personal Effects :

### NEXT OF KIN

Name :
SSN :
Sex :

Phone :
DOB :
Home Addr. :

### INSURANCE

Guarantor:

no insurance information entered

### HISTORY

**Allergies**
Unknown
Note:

**Chief Complaint**
DOA
Note:

**Medications**
Unknown -
Note:

Page 1 of 4



From +19897552582  Tue 10 Apr 2012 07:43:50 PM EDT  Page 3 of 5

**FINAL**  **Patient Care Report**

### MOBILE MEDICAL RESPONSE
834 S WASHINGTON AVENUE
SAGINAW, MI 486012566
(989) 755-1955 Ext.

Run Number: 26733
Date of Service: 04/10/2012
Patient Name: John Doe

**Past Medical History**
Unknown
Note:

### ASSESSMENTS
04/10/2012 16:28:00  REVIS, ALVIN

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| Airway | Patent / Patent: | Breathing | Absent / Absent: |
| Circulation | Pulses - Carotid - Absent (0) / Pulses - Carotid - Absent (0): | Central Nervous System | No Neuro Activity / No Neuro Activity: |
| Blood/Fluid Loss | None Noted / None Noted: | Mental Status | Unresponsive / Unresponsive: |
| Neurological | Not / Not: | | |

### IMPRESSIONS
Primary Impression: Cardiac Arrest**

### TRAUMA
no trauma entered

### VITAL SIGNS

| Time | BP | Pulse | Cap Refill | Respiratory | Left Lung | Right Lung | GCS | SPO2 | EtCO2 |
|---|---|---|---|---|---|---|---|---|---|
| 16:28 | 0 | 0, Absent, N/A | | 0 Absent | | | | | |

Skin Temp=Normal  Skin Color=Normal  Skin Moisture=Normal
Level of Consciousness: Unresponsive;

Comments: No change throughout
Completed: UNSPEC, STUDENT PARAMEDIC

### TRAUMA SCORES
no trauma scores entered

### TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:28 | | CPR | REVIS, ALVIN | Continued continuously throughout arrest with minimal pauses for interventions, and pause for moving of pt (see narrative). PD assists throughout. |

Indication=Adult Arrest  Method=Two Hands  Result=Pulse with CPR
CPR - Arrest Witness=Not Applicable  CPR - CPR Provider=EMS Responder  CPR - Pulse Return Actions=Not Applicable

Page 2 of 4

22

From +19897552582        Tue 10 Apr 2012 07:43:50 PM EDT        Page 4 of 5

**FINAL** — **Patient Care Report**



**MOBILE MEDICAL RESPONSE**
834 S WASHINGTON AVENUE
SAGINAW, MI 486012566
(989) 755-1955 Ext.

Run Number: 26733
Date of Service: 04/10/2012
Patient Name: John Doe

### TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:28 | | IV | UNSPEC, STUDENT PARAM | Proper aseptic technique, positive flash will not flush |
| | | Site=Left A.C. | Solution=Saline Flush | Tubing=IV Cap |
| | | Size=18 G | Result=Unsuccessful | Type=IV |
| | | Number of Attempts=1 | | |
| 16:30 | | IV | REVIS, ALVIN | Proper aseptic technique, positive flash will not flush |
| | | Site=Right A.C. | Solution=Saline Flush | Tubing=IV Cap |
| | | Size=18 G | Result=Unsuccessful | Type=IV |
| | | Number of Attempts=1 | | |
| 16:32 | | Intraosseous Infusion | UNSPEC, STUDENT PARAM | Proper aseptic technique. IO needle tip bends upon insertion attempt. |
| | | Intraosseous Site=Right Lower Leg | Intraosseous Result=Unsuccessful | Intraosseous Size=Intraosseous Needle |
| | | Intraosseous Solution=Normal Saline | Intraosseous IV Bag Size=250 cc | |
| 16:40 | | Intubation | UNSPEC, STUDENT PARAM | Proper aseptic technique. Immediately following Intubation equal chest rise is observed and pt is prematurely moved to the backboard. See narrative. |
| | | Size Tube=7.5 | Attempts=1 | Indication=Cardiac Arrest |
| | | Type=Oral | Successful/Unsuccessful=Unsuccessful | |
| 16:45 | | King Airway | UNSPEC, STUDENT PARAM | Proper aseptic technique. Symmetrical chest rise and fall. Secured with commercial device. |
| | | Indication=Cardiac Arrest | Attempts=1 | Successful/Unsuccessful=Successful |
| | | Result=Equal Breath Sounds | | |

### NARRATIVE

Alpha 2 dispatched priority 1 to listed Intersection for an unknown medical. Pd is on scene, no further Information. Upon arrival at the intersection several police vehicles are noted to be in the area, the southbound lane of Washington and lining both the north and south sides of Gilmore St. Bystanders are gathering around the scene and along the east edge of Washington. Police officer on scene indicates which patrol car the pt is in and another patrol car is moved further south on Washington to make room for the ambulance. PD advises EMS upon exiting the ambulance that PD was responding to reports of a suspicious person attempting to break into vehicles and that during the course of the incident the subject was tased 5 times. PD states the subject had smoked 20 rocks of crack cocaine. Subject is seen lying supine and handcuffed in the back of the patrol vehicle. Pt contact is initiated and responsiveness cannot be solicited to painful stimuli. Breathing is noted to be absent and carotid pulse cannot be palpated. PD assists in pulling the pt from the back of the patrol car onto the grass between the sidewalk and street. CPR is initiated, ventilations are performed via BVM and high flow oxygen, and Drug box is retrieved from the ambulance. Initial rhythm is asystole which remains unchanged throughout arrest. Other interventions are as listed above. ET tube is established and first round epi is prepared to be administered via ET tube. PD on scene attempting to maintain crowd control states that the scene is no longer safe and that EMS needed to clear out. While attempting to confirm placement and secure the ET tube, the pt is rapidly moved to a back board by PD and EMS then assists in securing the pt, lifting the pt onto the stretcher and into the back of the ambulance. Compressions immediately resumed in the back of the ambulance and continued throughout transport by Officer Ben Krzyminski. ET tube is noted to be epigastric and pt is reintubated with a King Airway. Pt care is turned over at SMMC-S ER. Alpha 2 clear.

Page 3 of 4

23

From +19897552582   Tue 10 Apr 2012 07:43:50 PM EDT   Page 5 of 5

**FINAL** **Patient Care Report**

**MOBILE MEDICAL RESPONSE**
834 S WASHINGTON AVENUE
SAGINAW, MI 488012566
(989) 755-1955 Ext.

Run Number: 26733
Date of Service: 04/10/2012
Patient Name: John Doe

**HIPAA**
no signatures entered

**FIRST SIGNATURES**
no signatures entered

**CREW INFORMATION**

Start Date/Time: 04/10/2012 05:00

| Crew # | Name | Crew # | Name | Crew # | Name |
|---|---|---|---|---|---|
| 510 | REVIS, ALVIN | 569 | OSTERHOUT, CODY | STP | UNSPEC, STUDENT PARAMEDIC |
| License: | Paramedic | License: | EMT | | |

Page 4 of 4