UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON and
DEMARQUION MERRILL, as Co-Personal
Representatives of the Estate of BOBBY
MERRILL, deceased

    Plaintiffs,　　　　　　　　　　　　　Case No.:13-11159
　　　　　　　　　　　　　　　　　　　　　Hon.  Thomas Ludington
-v-

OFFICER JEFF MADAJ, individually,
OFFICER JUSTIN SEVERS, individually,
OFFICER BRIAN GUEST, individually, and
OFFICER STEVEN WIETECHA, individually,

Defendants.
_____/

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | H.WILLIAM REISING  (P19343) |
| JAMES J. HARRINGTON, IV (P65351) | PLUNKETT COONEY |
| GARY N. FELTY, JR. (P55554) | Attorney for Defendants |
| ***Fieger, Fieger, Kenney, Giroux*** | 111 E. Court Street, Ste 1B |
| ***& Harrington, P.C.*** | Flint, MI 48502 |
| Attorneys for Plaintiffs | 810-342-7004 |
| 19390 W. Ten Mile Rd. | wreising@plunkettcooney.com |
| Southfield, MI 48075 | |
| (248) 355-5555 | |
| g.fieger@fiegerlaw.com | |
| j.harrington@fiegerlaw.com | |
| g.felty@fiegerlaw.com | |

_____/

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE
TRADITIONAL MANNER**

     NOW COMES the Plaintiff, DOROTHY ANDERSON and DEMARQUION MERRILL,

as Co-Personal Representatives of the Estate of BOBBY MERRILL, deceased, by and through

their attorneys, FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, PC., and pursuant

to the Electronic Filing Policies and Procedures, seek leave of this Court to file exhibits in the

traditional manner.

Exhibits one (1) through five (5) to Plaintiffs' Response to Defendants' Motion for Summary Judgment cannot be authentically converted to electronic form for the reason that they consist of video and I phone video footage.

**WHEREFORE** Plaintiffs' request that this Honorable Court **GRANT** Plaintiffs' leave sought in this Motion.

Respectfully Submitted
***FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, PC***

By:    */s/ Gary N. Felty, Jr.*
GEOFFREY N. FIEGER (P30441)
GARY N. FELTY, JR. (P55554)
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI  48075
248.355.5555
g.felty@fiegerlaw.com

Date:  October 10, 2014

**Certificate of Service**

I certify that on October 10, 2014, I electronically filed the foregoing papers with the Clerk of the Court using the electronic filing system for US District Court, which will send notification of such filing to the following:

H.WILLIAM REISING
111 E. Court Street, Ste 1B
Flint, MI 48502

*/s/ Ashley N. Glassner*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON and
DEMARQUION MERRILL, as Co-Personal
Representatives of the Estate of BOBBY
MERRILL, deceased

    Plaintiffs,                                   Case No.:13-11159
                                                  Hon.  Thomas Ludington

-v-

OFFICER JEFF MADAJ, individually,
OFFICER JUSTIN SEVERS, individually,
OFFICER BRIAN GUEST, individually, and
OFFICER STEVEN WIETECHA, individually,

Defendants.
_____/

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | H.WILLIAM REISING  (P19343) |
| JAMES J. HARRINGTON, IV (P65351) | PLUNKETT COONEY |
| GARY N. FELTY, JR. (P55554) | Attorney for Defendants |
| *Fieger, Fieger, Kenney, Giroux* | 111 E. Court Street, Ste 1B |
| *& Harrington, P.C.* | Flint, MI 48502 |
| Attorneys for Plaintiffs | 810-342-7004 |
| 19390 W. Ten Mile Rd. | wreising@plunkettcooney.com |
| Southfield, MI 48075 | |
| (248) 355-5555 | |
| g.fieger@fiegerlaw.com | |
| j.harrington@fiegerlaw.com | |
| g.felty@fiegerlaw.com | |

_____/

**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER**

3

## **ISSUE PRESENTED**

Should Plaintiffs' be permitted to file exhibits to their response to Defendants' Motion for Summary Judgment in the traditional manner, which cannot be authentically converted to electronic form because they consist of video and I phone footage?

## **CONTROLLING AUTHORITY**

ECF Policies and Procedures

## PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

Plaintiffs' seek leave of this Court to file exhibits in the traditional manner and hereby rely upon their Ex-parte Motion for Leave to File Exhibits in the Traditional Manner and this Court's sound discretion.

**WHEREFORE** Plaintiffs' request that this Honorable Court **GRANT** Plaintiffs' leave sought in this Motion.

>
> Respectfully Submitted
> ***FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, PC***
>
> By:   */s/ Gary N. Felty, Jr.*
> GEOFFREY N. FIEGER (P30441)
> GARY N. FELTY, JR. (P55554)
> Attorneys for Plaintiff
> 19390 West Ten Mile Road
> Southfield, MI  48075
> 248.355.5555
> g.felty@fiegerlaw.com

Date:  October 10, 2014

### Certificate of Service

I certify that on October 10, 2014, I electronically filed the foregoing papers with the Clerk of the Court using the electronic filing system for US District Court, which will send notification of such filing to the following:

H.WILLIAM REISING
111 E. Court Street, Ste 1B
Flint, MI 48502

*/s/ Ashley N. Glassner*

6