CD'S DELIVERED TO
JUDGE LUDINGTON'S CHAMBERS

**FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: WWW.FIEGERLAW.COM
E-MAIL: INFO@FIEGERLAW.COM

FILED
OCT 20 2014
CLERK'S OFFICE
BAY CITY

GARY N. FELTY, JR. ESQ.

DIRECT DIAL (248) 945-7503
E-MAIL: G.FELTY@FIEGERLAW.COM

October 16, 2014

United States District Court
Attn: Clerk of Court
1000 Washington Ave.
Bay City, MI 48708

Re: *Anderson/Merrill v. Police Officer Jeff Madaj, et al.*
USDC Case No: 1:13-cv-11159
Our File No. 12680

Dear Clerk:

Per Local Rule ECF R18(c) and the attached order, enclosed please find Plaintiff's Exhibits and Index of Exhibits to their Response to Defendant's Motion for Summary Disposition for filing in the traditional manner.

Please file in the traditional manner and submit electronic proof.

Should you have any questions regarding the foregoing, please do not hesitate to contact me at (248) 355-5555. Thank you for your attention to this matter.

Very truly yours,

Fieger, Fieger, Kenney, Giroux
& Harrington P.C.

*Ashley Glassner*
Ashley Glassner, Paralegal

Enclosure
Cc    William Reising