UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON,
DEMARQUION MERRILL, as Co-Personal
Representatives of the Estate of
BOBBY MERRILL, deceased

        Plaintiffs,                        Case No. 13-cv-11159
                                                 Honorable Thomas L. Ludington

v.

OFFICER JEFF MADAJ,
OFFICER JUSTIN SEVERS
OFFICER BRIAN GUEST
OFFICER STEVEN WIETECHA,

        Defendants.

_____/

**STIPULATED ORDER TO DISMISS**

      NOW COME THE PARTIES, by and through undersigned counsel, and hereby submit

the following stipulated order:

      It is **ORDERED** that the above entitled lawsuit is dismissed with prejudice and without

costs to any party. This is a final order resolving all pending claims and closing the case.


Dated: December 3, 2014                  s/Thomas L. Ludington
                                     THOMAS L. LUDINGTON
                                     United States District Judge


Approved as to form and content;
Notice of entry waived:

/s/ with consent of Gary Felty           /s/ H. William Reising
GARY FELTY P55554                   H. WILLIAM REISING P19343
Attorney for Plaintiff                     Attorneys for Defendants

Date:  12/2/14

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 3, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS