UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOROTHY ANDERSON,
DEMARQUION MERRILL,

    Plaintiffs,

v.

    Case No. 13-11159
    Honorable Thomas L. Ludington

OFFICER JEFF MADAJ
OFFICER JUSTIN SEVERS
OFFICER BRIAN GUEST
OFFICER STEVEN WIETECHA,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' EX-PARTE MOTION FOR LEAVE TO FILE EXHIBIT IN THE TRADITIONAL MANNER



[text partially obscured by CD image]

...ex-parte motion
...as an exhibit to
...
...for Leave to File
...shall follow the
...in the traditional
...recording referenced
...Defendants' motion for
...
...TON
...Judge